AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SECURITIES AND EXCHANGE
COMMISSION                         )
        Plaintiff(s)              )  **APPEARANCE**
                                   )
                                   )
        vs.                        )  CASE NUMBER   1:06cv01329
Roderic Boling, Anna Boling, Jeffrey Mills, and )
Direct Results of Sweetwater LLC,  )
        Defendant(s)              )

To the Clerk of this court and all parties of record:

Please enter the appearance of __David C. Rice__ as counsel in this
                          (Attorney's Name)

case for: __Securities and Exchange Commission__
          (Name of party or parties)

November 20, 2006
Date

_[signature]_
Signature

David C. Rice
Print Name

Massachusetts: #654205
BAR IDENTIFICATION

100 F Street, N.E.
Address

Washington   DC   20549-5631
City         State      Zip Code

(202) 551-4578
Phone Number