AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

United States Securities
and Exchange Commission

**SUMMONS IN A CIVIL CASE**

V.

Roderic Lee Boling, III, et. al.

CASE NUMBER  1:06CV01329

JUDGE: Rosemary M. Collyer

CASE NUMBI

DECK TYPE: General Civil

DATE STAMP: 07/27/2006

TO: (Name and address of Defendant)

Roderic Lee Boling, III
205 Tranquility Cove
Altamonte Springs, Florida 32779

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan M. Lieberman, Esq.
United States Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
(202) 551-4474

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL 27 2006

CLERK                                          DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>11-11-06 @ 11:20 am |
| NAME OF SERVER (PRINT)<br>J.N. Meadows | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 121 Stagsbridge Ct., Longwood, FL 32779

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11-15-06
                    Date              Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

*Address of Server*

\* Notice of Right to Consent to Trial before United States Magistrate Judge, Complaint and Initial Electronic Case filing Order

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission #DD415782
Expires: MAY 22, 2009
Bonded Thru Atlantic Bonding Co., Inc.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.