UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION     \*
          \*
        **Plaintiff**    \*
v.     \*     C.NO. 06CV01329
    \*
    \*
**ANNA BOLING**     \*
        **Defendant**     \*
    \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION FOR AN ORDER ENLARGING
TIME FOR FILING AN ANSWER TO THE COMPLAINT**

Defendant Anna Boling, by and through her attorney in her criminal case, Joanne Roney Hepworth, moves the court, pursuant to Fed. Rules Civ. Proc. R. 6(b) (1), for a thirty day enlargement of time to file responses to the Complaint filed herein. In support of the request counsel states as follows:

1. Ms. Boling has no funds to retain civil counsel in this matter at this time. She has recently been deemed eligible for appointed counsel in her related criminal matter and may be also eligible for appointed counsel in the instant case.

2. Undersigned Counsel has entered her limited appearance on this date for the purpose of seeking this extension of time to determine whether a stay of the civil proceeding pending the outcome of the related criminal proceeding, 06-0228(ESH) is appropriate. Counsel requires additional time to meet with defendant and ascertain the appropriate grounds for proposing the stay and to prepare the motion.

3. This request is made is made before the expiration of the period originally prescribed for filing, which would expire December 19, 2006.

4. Plaintiff's Counsel Alan Lieberman consents to this request.

Wherefore it is respectfully requested that the Defendant be granted leave to file responsive pleadings on or before January 19, 2007.

Respectfully submitted,

_____
Joanne Roney Hepworth
601 Pennsylvania Avenue, NW
Suite 900, South Building
Washington, DC 20004
(202)789-0037
Fax (301)320-3948
Counsel for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all parties electronically on this 19th day of December, 2006.

_____
Joanne R. Hepworth

Case 1:06-cv-01329-RMC    Document 7    Filed 12/19/2006    Page 3 of 3