UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION, :
100 F Street, NE :
Washington, DC 20549 :
                                 Plaintiff, :

v. :

RODERIC LEE BOLING, III             : Case No. 1:06CV01329 (RMC)
ANNA AUGUST BOLING, :
JEFFREY SCOTT MILLS, and :
DIRECT RESULTS OF SWEETWATER, LLC, :

                              Defendants. :

---

## DEFENDANTS MILLS' AND DIRECT RESULTS' MOTION TO DISMISS

    COME NOW, defendants Jeffrey Scott Mills and Direct Results of Sweetwater, LLC (hereinafter "Direct Results") by and through counsel, and move this Court to dismiss the complaint herein for the following reasons. In support of their motion, defendants rely on their accompanying memorandum of points and authorities, the exhibits thereto and the entire record herein.

1. The complaint should be dismissed for failure to plead fraud with particularity.

2. The complaint should be dismissed for failure to state a claim upon which relief can be granted because it fails to allege sufficiently that a) the defendants made material misstatements or omissions of fact, b) the defendants acted with the requisite scienter, and c) the defendants had involvement in the underlying scheme of the other defendants.

WHEREFORE, defendants Jeffrey Scott Mills and Direct Results request that the complaint herein be dismissed with prejudice, and they be awarded costs and attorneys' fees and such other relief as is deemed just and proper.

.                                                                      Respectfully Submitted,


_____/s/_____
Brian W. Shaughnessy
DCB 89946
Shaughnessy, Volzer & Gagner, P.C.
913 M Street, N.W., Suite101
Washington, D.C. 20001
(202) 842-1700


Mark D. Hunter, Esq.
Mark David Hunter, P.A.
Atrium Financial Center
1515 North Federal Highway
Suite 300
Boca Raton, Florida 33432
(561) 394-8886

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December 2006, I filed electronically the foregoing Motion to Dismiss, Memorandum, and Order with the Clerk of Court using the Case Management/Electronic Case Filing System, which will send notifications of such filing to the following:

Alan M. Lieberman, Esquire
Securities and Exchange Commission
100 F Street, N.W., N.E.
Washington, D.C.  20549

Brian W. Shaughnessy, Esquire
Shaughnessy, Volzer & Gagner, PC
913 M Street, N.W., Suite 101
Washington, D.C.  20001


_____/s/_____
Brian W. Shaughnessy

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION,  :
100 F Street, NE                     :
Washington, DC 20549                 :
                                     :
                    Plaintiff,       :
                                     :
        v.                           :
                                     :
RODERIC LEE BOLING, III              : Case No. 1:06CV01329 (RMC)
ANNA AUGUST BOLING,                  :
JEFFREY SCOTT MILLS, and             :
DIRECT RESULTS OF SWEETWATER, LLC,   :
                                     :
                    Defendants.      :

---

## ORDER

Upon consideration of the Motion to Dismiss of defendants Jeffrey Scott Mills and Direct Results of Sweetwater, LLC, any response thereto and the entire record herein, and the Court having found that there is sufficient basis for dismissing the complaint herein,

It is this _____ day of _____, 2007,

**ORDERED** that the complaint of plaintiff Securities and Exchange Commission is hereby dismissed with prejudice.

                                    _____
                                              **JUDGE**

3