UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------------------------

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| **Plaintiff,** | : |
| v. | : |
| | : 06cv1329(RMC) |
| RODERIC LEE BOLING, III | : |
| ANNA AUGUST BOLING, | : |
| JEFFREY SCOTT MILLS, and | : |
| DIRECT RESULTS OF SWEETWATER, LLC, | : |
| | : |
| **Defendants.** | : |

-------------------------------------------------------------------------------

**PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE RESPONSE TO DEFENDANTS MILLS' AND DIRECT RESULTS' MOTION TO DISMISS**

Plaintiff, The United States Securities and Exchange Commission, submits this motion to enlarge the time for filing of a response to Defendants Mills' and Direct Results' Motion to Dismiss filed on December 28, 2006. Plaintiff requires additional time to respond and asks that the Court permit filing of a response on or before January 22, 2007. Plaintiff's counsel has conferred with counsel for moving defendants, who do not oppose this request.

Dated: January 4, 2007

                                            Respectfully submitted,
                                               /S  David C. Rice
                                          Alan M. Lieberman,
                                          Assistant Chief Litigation Counsel
                                          David C. Rice
                                          Andrea Bellaire
                                          Attorneys for Plaintiff
                                          SECURITIES AND EXCHANGE
                                          COMMISSION