**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : |
| **Plaintiff,** | : |
| v. | : |
| | : 06cv1329(RMC) |
| **RODERIC LEE BOLING, III** | : |
| **ANNA AUGUST BOLING,** | : |
| **JEFFREY SCOTT MILLS, and** | : |
| **DIRECT RESULTS OF SWEETWATER, LLC,** | : |
| **Defendants.** | : |

---

## [PROPOSED] ORDER

AND NOW, this _____ day of_____, 2007, it is hereby ORDERED that Plaintiff Securities and Exchange Commission shall have until January 22, 2007 to file a response to Defendants Mills' and Direct Results' Motion to Dismiss.

_____
United States District Judge