UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION, :
100 F Street, NE :
Washington, DC 20549 :
:
                   **Plaintiff,** :
:
      v. :
:
RODERIC LEE BOLING, III : Case No. 1:06CV01329 (CKK)
ANNA AUGUST BOLING, :
JEFFREY SCOTT MILLS, and :
DIRECT RESULTS OF SWEETWATER, LLC, :
:
                  **Defendants.** :

---

## MOTION TO ADMIT PRO HAC VICE

    COMES NOW, movant Brian W. Shaughnessy, and requests that this Court admit Mark David Hunter pro hac vice to appear in this case based on Mr. Hunter's accompanying Declaration and for the following reasons.

1.    Mr. Hunter is an active member in good standing of the bars of New York and Florida and has not been the subject of any disciplinary proceedings.

2.    Mr. Hunter has not appeared on a pro hac vice basis in the District of Columbia.

3.    Mr. Hunter has represented defendants Jeffrey Scott Mills and Direct Results of Sweetwater, LLC before this case was filed and is quite familiar with the subject matter.

4.    Both Mr. Hunter and I understand that all pleadings will contain my name, bar number, and signature, and service of pleadings and notices will be sufficient if served upon me.

5.    Undersigned counsel has conferred with Alan M. Lieberman, Esquire, plaintiff's counsel, about the subject matter of this motion and he has no objection.

6. I believe Mr. Hunter to be fully qualified to be admitted pro hac vice in this case.

WHEREFORE, movant respectfully requests that this Court grant his motion and permit Mark David Hunter to appear pro hac vice as associate counsel in this case.

Respectfully submitted,

_____
Brian W. Shaughnessy
DCB 89946
Shaughnessy, Volzer & Gagner, P.C.
913 M Street, N.W., Suite 101
Washington, D.C. 20001
(202) 842-1700

2

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION, :
100 F Street, NE :
Washington, DC 20549 :
:
                    **Plaintiff,** :
:
      v. :
:
RODERIC LEE BOLING, III : Case No. 1:06CV01329 (RMC)
ANNA AUGUST BOLING, :
JEFFREY SCOTT MILLS, and :
DIRECT RESULTS OF SWEETWATER, LLC, :
:
                    **Defendants.** :

---

## ORDER

Upon consideration of the Motion to Admit Pro Hac Vice Mark David Hunter, Esquire as associate counsel for defendants Jeffrey Scott Mills and Direct Results of Sweetwater, LLC, the lack of objection thereto, and the entire record herein,

It is this _____ day of January 2007,

**ORDERED** that Mark David Hunter, Esquire is permitted to appear pro hac vice as associate counsel in this case.

_____
**JUDGE**