UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION, :
100 F Street, NE :
Washington, DC 20549 :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Plaintiff, :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　v. : 
　　　　　　　　　　　　　　　　　　　　　　　　　:
RODERIC LEE BOLING, III : Case No. 1:06CV01329 (RMC)
ANNA AUGUST BOLING, :
JEFFREY SCOTT MILLS, and :
DIRECT RESULTS OF SWEETWATER, LLC, :
　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Defendants. :

---

## DECLARATION OF MARK DAVID HUNTER

COMES NOW Mark David Hunter and declares and says, based on his own personal knowledge, as follows:

1. My full name is Mark David Hunter.

2. My office address and telephone number are as follows:

   Mark David Hunter, P.A.
   Atrium Financial Center
   1515 North Federal Highway, Suite 300
   Boca Raton, Florida 33432
   Telephone:    (561) 394-8886
   Facsimile:    (561) 392-9901

3. I am admitted to the bars of New York and Florida, and I am a member in good standing of both bars.

4. I have never been disciplined by any bar.

5. I have never been admitted *pro hac vice* in this Court.

6.  I do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar, but have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   December 29, 2006
         Boca Raton, Florida

_____
Mark David Hunter