UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,
100 F Street, NE
Washington, DC 20549                    Jury Trial Demanded

                Plaintiff,        CASE NUMBER 1:06CV01329
                                  THE HONORABLE JUDGE
                                  Rosemary M. Collyer

RODERIC LEE BOLING, III
ANNA AUGUST BOLING,
JEFFREY SCOTT MILLS, and
DIRECT RESULTS OF SWEETWATER,
LLC,

                **Defendants.**
_____/

### DEFENDANT ANNA AUGUST BOLING'S ANSWER
### TO PLAINTIFF'S COMPLAINT

Defendant, **ANNA AUGUST BOLING,** in propria persona, acting as her own counsel, here files her Answer to Plaintiff's *Complaint,* in the above enumerated case.

In answer to Plaintiff's Complaint, Defendant will answer each of the allegations presented within the Plaintiff's Complaint in a manner corresponding to the numbered paragraphs appearing within same.

1. Denied.

2. Denied.

3. Denied.

## JURISDICTION AND VENUE

4. Agreed in part and denied in part. Agreed that jurisdiction and venue lie in instances where such allegations may be accurate. Denied that the Defendant is "engaged in the wrongful conduct alleged in th[e] complaint."

5. Denied.

6. Agreed in part and denied in part. Agreed that venue lies in instances where such allegations may have occurred. Denied that the "violations alleged [therein] in fact occurred."

## DEFENDANTS

7. Agreed.

8. Agreed.

9. Agreed.

10. Denied. This Defendant cannot speak for the operations of another Defendants' company.

## RELEVANT ENTITIES

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

## THE SCHEME TO DEFRAUD

17. Denied.

18. Denied.

19. Denied.

20. Denied.

### The MAUG Fraudulent Messages

21. Denied.

22. Denied.

23. Denied.

### The IVFH Fraudulent Messages

24. Denied.

25. Denied.

26. Denied.

### The FGWC Fraudulent Messages

27. Denied.

28. Denied.

### The PWRM Fraudulent Messages

29. Denied.

30. Denied.

### The DNNI Fraudulent Messages

31. Denied.

32. Denied.

### The AMUT Fraudulent Messages

33. Denied.

34. Denied.

### FIRST CLAIM FOR RELIEF

35. Defendant reasserts its answers for paragraphs 1 through 34 above and incorporates them herein.

36. Denied.

37. Denied.

### SECOND CLAIM FOR RELIEF

38. Defendant reasserts its answers for paragraphs 1 through 34 above and incorporates them herein.

39. Denied.

40. Denied.

41. Denied.

## RELIEF SOUGHT BY PLAINTIFF

I.  Plaintiff should be denied this relief.

II. Plaintiff should be denied this relief.

III. Plaintiff should be denied this relief.

IV. Plaintiff should be denied this relief.

V.  Plaintiff should be denied this relief.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded via pre-paid U.S. Mail to counsel for the Plaintiff at: Alan M. Lieberman, Assistant Chief Litigation Counsel, SEC, 100 F. Street, N.E. Washington DC 20549 this 18th, day of January 2007.

Respectfully,

_____
Anna August Boling
Defendant, pro se
205 Tranquility Cove
Altamonte Springs, FL 32701