UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------------

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | :     06cv1329 (RMC) |
| RODERIC LEE BOLING III, | : |
| ANNA AUGUST BOLING, | : |
| JEFFREY SCOTT MILLS, and | : |
| DIRECT RESULTS OF SWEETWATER, LLC, | : |
| | : |
| **Defendants.** | : |

------------------------------------------------------------------------

## ORDER

AND NOW, this _____ day of_____, 2007, having considered Defendants Jeffrey Scott Mills' and Direct Results of Sweetwater, LLC's Motion to Dismiss, the Memorandum in Support of that motion, and Plaintiff's Memorandum in Opposition to that motion, it is hereby ORDERED, ADJUDGED and DECREED that:

Defendant Jeffrey Scott Mills' and Direct Results of Sweetwater, LLC's Motion to Dismiss is hereby DENIED.

.

_____
United States District Judge