AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SECURITIES AND EXCHANGE
COMMISSION )
          Plaintiff(s) )   **APPEARANCE**
)
)
            vs. )   CASE NUMBER   06cv1329
Roderic Boling, Anna Boling, Jeffrey Mills, and )
Direct Results of Sweetwater LLC, )
         Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Andrea Bellaire   as counsel in this
                               (Attorney's Name)

case for:  Securities and Exchange Commission
                  (Name of party or parties)

February 20, 2007
Date

New York: #2788453
BAR IDENTIFICATION

*Andrea Bellaire*
Signature

Andrea Bellaire
Print Name

100 F Street, NE
Address

Washington  DC   20549
City      State        Zip Code

(202) 551-4579
Phone Number