UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------------------------
SECURITIES AND EXCHANGE COMMISSION,    :
:
:
:
**Plaintiff,**    :
:
v.    :
:
:    **06cv1329(RMC)**
RODERIC LEE BOLING III,    :
ANNA AUGUST BOLING,    :
JEFFREY SCOTT MILLS, and    :
DIRECT RESULTS OF SWEETWATER, LLC,    :
:
:
**Defendants.**    :
-------------------------------------------------------------------------------

## NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of this Court and all parties of record:

     Please withdraw the appearance of David C. Rice as counsel in this case for Plaintiff Securities and Exchange Commission. No trial date has been set. Alan M. Lieberman and Andrea Bellaire have previously entered appearances on behalf of Plaintiff in this case.

Dated: February 27, 2007

Respectfully submitted,

    /S/_____                          /S/_____
David C. Rice                                    Alan M. Lieberman
Withdrawing counsel                  Assistant Chief Litigation Counsel
Massachusetts Bar No. 654205       On behalf of party Securities and
                                                                Exchange Commission