UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1329 (RMC) |
| RODERIC LEE BOLING, III, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

ORDER

This matter comes before the Court on defendants Jeffrey Scott Mills' and Direct Results of Sweetwater, LLC's Motion to Dismiss. The Court finds that the Plaintiff's Complaint has been properly plead with particularity in accordance with Rule 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. Accordingly, it is hereby

**ORDERED** that Defendants Mills' and Direct Results' Motion to Dismiss [Dkt. #8] is **DENIED**.

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: July 13, 2007