# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RODERIC LEE BOLING III, ) <br> ANNA AUGUST BOLING, ) <br> JEFFREY SCOTT MILLS, and ) <br> DIRECT RESULTS OF SWEETWATER, LLC, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:06CV01329 (RMC) <br><br> RE: Roderic Lee Boling, III |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 24th day of September, 2007, that I am one of the attorneys of record for the plaintiff in the above-entitled case; that the defendant Roderic Lee Boling, III was: personally served with process on October 11, 2006. The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is pursuant to D.C. Code §13-423(a)(1) and (3).

I further certify under penalty of perjury that no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff, no extension has been given and the time for filing has expired; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

/s/Andrea Bellaire
ANDREA BELLAIRE
Attorney for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
(202) 551-4579

NY-2788453
Bar Id. Number