UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> RODERIC LEE BOLING III, : <br> ANNA AUGUST BOLING, : <br> JEFFREY SCOTT MILLS, and : <br> DIRECT RESULTS OF SWEETWATER, LLC, : <br> : <br> Defendants. : | Civil Action No. 1:06CV01329 (RMC) |

## ERRATA CONCERNING PLAINTIFF'S AFFIDAVIT IN SUPPORT OF DEFAULT AGAINST DEFENDANT RODERIC LEE BOLING III

The Securities and Exchange Commission (the "SEC") submits the attached Military Affidavit and Default Certification. The SEC intended to file the attachments with its Affidavit in Support of Default filed on September 24, 2007.

Respectfully submitted,

/s/ Andrea Bellaire
Andrea Bellaire
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F St., N.E.
Washington, DC 20549