# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:06CV01329 (RMC) |
| ) | |
| RODERIC LEE BOLING III, ) | |
| ANNA AUGUST BOLING, ) | RE: Roderic Lee Boling, III |
| JEFFREY SCOTT MILLS, and ) | |
| DIRECT RESULTS OF SWEETWATER, LLC, ) | |
| ) | |
| Defendant. ) | |

## **DEFAULT**

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the 11th day of October, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this _____ day of _____, _____ declared that Roderic Lee Boling, III defendant herein is in default.

Nancy Mayer-Whittington, Clerk

By: _____
         Deputy Clerk