UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, :
:   Civil Action No. 1:06CV01329 (RMC)
v. :
:
RODERIC LEE BOLING III, :
ANNA AUGUST BOLING, :
JEFFREY SCOTT MILLS, and :
DIRECT RESULTS OF SWEETWATER, LLC, :
:
Defendants. :
:

---

## ERRATA CONCERNING PLAINTIFF'S AFFIDAVIT IN SUPPORT OF DEFAULT AGAINST DEFENDANT RODERIC LEE BOLING III

The Securities and Exchange Commission (the "SEC") submits the attached Affidavit In Support of Default and Default Certification. The SEC inadvertently stated in its Affidavit In Support of Default filed on September 24, 2007 that Roderic Lee Boling III (the "Defendant") was served with process on October 11, 2006. The Defendant, however, was served on November 11, 2006.

Respectfully submitted,

/s/ Andrea Bellaire
Andrea Bellaire
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F St., N.E.
Washington, DC 20549