# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RODERIC LEE BOLING III, )<br>ANNA AUGUST BOLING, )<br>JEFFREY SCOTT MILLS, and )<br>DIRECT RESULTS OF SWEETWATER, LLC, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:06CV01329 (RMC)<br><br>RE: Roderic Lee Boling, III |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 25th day of September, 2007, that I am one of the attorneys of record for the plaintiff in the above-entitled case; that the defendant Roderic Lee Boling, III was: personally served with process on November 11, 2006. The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is pursuant to D.C. Code §13-423(a)(1) and (3).

I further certify under penalty of perjury that no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff, no extension has been given and the time for filing has expired; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

/s/ Andrea Bellaire
Andrea Bellaire
Attorney for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
(202) 551-4579

NY-2788453
Bar Id. Number