Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION

    Plaintiff(s)

v.

Civil Action No. __06-1329 (RMC)__

BOLING, et al.

    Defendant(s)

RE: RODERIC LEE BOLING, III

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 11, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this __25th__ day of __September__, __2007__ declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk