# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Case No.: 06CV1329 (RMC) |
| RODERIC LEE BOLING III, <br> ANNA AUGUST BOLING, <br> JEFFREY SCOTT MILLS, and <br> DIRECT RESULTS OF SWEETWATER, LLC, | : |
| Defendants. | : |

## PLAINTIFF'S APPLICATION FOR ENTRY OF JUDGMENT BY DEFAULT

Securities and Exchange Commission ("Plaintiff" or "Commission") pursuant to Federal Rule of Civil Procedure 55 (b) (2) hereby applies for Entry of Judgment by Default against Defendant Roderick Lee Boling, III ("R. Boling") and assigns as reasons therefor:

1. The Commission filed its Complaint in this action on July 27, 2006.

2. On November 11, 2006, personal service of the Complaint and Summons was made on Defendant R. Boling within the provisions of Federal Rule of Civil Procedure 4.

3. Defendant has been properly served and is not an infant, incompetent or in military service.

4. Defendant R. Boling failed to appear, plead or otherwise defend the Commission's Complaint as provided by the Federal Rules of Civil Procedure. At Plaintiff's request, the Clerk of this Court has entered a Certificate Noting Default as to Defendants R. Boling.

WHEREFORE, based on the Commission's Memorandum in Support of this Application and the declaration and exhibits appended thereto, the Commission respectfully requests that this Application be granted and an order be entered against Defendant Roderick Lee Boling, III in the form and substance proposed by the Commission.

>By: s/Alan M. Lieberman
> Alan M. Lieberman,
> Andrea Bellaire
> Attorneys For Plaintiff
> SECURITIES AND EXCHANGE COMMISSION
> 100 F Street, NE
> Washington, DC 20549
> (202) 551-4474 (Tel. Lieberman)
> (202) 772-9245 (Facsimile Lieberman)

Dated: October 19, 2007