# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No.: 1:06CV01329 (RMC) |
| | : |
| RODERIC LEE BOLING III, | : |
| ANNA AUGUST BOLING, | : |
| JEFFREY SCOTT MILLS, and | : |
| DIRECT RESULTS OF SWEETWATER, LLC, | : |
| | : |
| Defendants. | : |
| | : |

## DECLARATION IN SUPPORT OF PLAINTIFF'S APPLICATION FOR A FINAL JUDGMENT BY DEFAULT GRANTING PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF AS TO DEFENDANT RODERIC LEE BOLING III

I, ANDREA BELLAIRE, pursuant to 28 U.S.C. § 1746, declare as follows:

I am a Senior Counsel with the Division of Enforcement of the Securities and Exchange Commission (the "Commission"). I am currently a member in good standing of the Bar of the State of New York.

1.      I submit this Declaration in support of the Plaintiff's Motion for a Final Judgment by Default Granting Permanent Injunction and Other Equitable Relief as to Defendant Roderic Lee Boling III (the "Defendant").

2.      Along with other members of the Commission's Enforcement Division staff, I have investigated possible violations of the federal securities laws by the Defendant, and have entered an appearance in the litigation stemming from this investigation.

3.      I thoroughly reviewed the Commission's investigative file in preparation for this Declaration. I reviewed documents including brokerage records, bank statements, stock

transfer records, corporate records, telephone records and testimony transcripts, among

other items. The following facts are based upon my personal knowledge and/or

information contained in the Commission's files as well as the Defendant's and co-

defendant's Plea Agreements and the Statement of Offenses filed in a related criminal

matter, *United States of America v. Jeffrey S. Mills, Roderic L. Boling and Anna Boling*,

06CR228 (ESH) (July 27, 2006), (the "Criminal Action").

4.     The Commission's Complaint (the "Complaint") was filed on July 27, 2006. On

November 11, 2006, the Defendant was personally served with the Commission's

Summons and Complaint, in accordance with the Federal Rules of Civil Procedure and

the District of Columbia's personal jurisdiction statute. A copy of the process server's

declaration reflecting this service is attached hereto as Exhibit 1 and was filed with the

Clerk of the Court on December 5, 2006. (Civil Docket #5). On December 22, 2006, the

Court set a January 19, 2007, deadline for the Defendant to submit an answer to the

Complaint.

5.     The Defendant has failed to file an answer to the Complaint, and he has not

otherwise appeared before this Court to defend in this cause. On September 25, 2007,

the Clerk of the Court entered a Default against the Defendant certifying that he failed to

plead or otherwise defend this action. (Civil Docket #23). A copy of the Default is

attached hereto as Exhibit 2

6.     The Defendant is neither an infant nor an incompetent person, nor is he eligible

for relief under the Soldiers' and Sailors' Civil Relief Act of 1940, 50 U.S.C. § 520.

7.     The Commission's Complaint was filed contemporaneously with the Criminal

Action. On July 3, 2007, the Defendant entered a plea of guilty before the Honorable

Ellen S. Huvelle to conspiracy to commit securities fraud in violation of 18 U.S.C. §

371, and securities fraud in violation of 15 U.S.C §§ 78j(b) and 78ff.  On July 5, 2007,

the Defendant's Plea Agreement and Statement of Offense were entered by the Court.

(Criminal Docket #s 132 and 134).  A status hearing is scheduled for February 8, 2008.

8.      The factual basis for the Defendant's guilty plea involves the same conduct

alleged in the Commission's complaint.  A review of the documents described in

paragraph three above reveals that the Defendant, together with his co-defendants,

engaged in a "pump and dump" scheme to defraud the public through the nationwide

broadcasting of fraudulent voicemail messages (the "Fraudulent Messages") touting

stocks. (Complaint ¶1 and Indictment ¶10).  The transcribed Fraudulent Messages are

attached hereto as Exhibit 3.

9.      The Fraudulent Messages were intended to cause each recipient of a pre-recorded

message to believe that he had been mistakenly given a "hot" stock tip intended for a

friend of the caller. (Complaint ¶1 and Defendant's Statement of Offense at 1-2).

10.     Each Fraudulent Message referenced one of six companies:  American

Multiplexer Corp. ("AMUT"), Donini, Inc ("DNNI"), 5G Wireless Communications,

Inc. ("FGWC"), Innovative Food Holdings, Inc. ("IVFH"), Maui General Store, Inc.

("MAUG"), or Power3 Medical Products, Inc. ("PWRM"). (Complaint ¶18 and

Defendant's Statement of Offense at 1).[1]

11.     The Defendant and co-defendant Jeffrey Scott Mills ("Mills"), owner of Direct

Results of Sweetwater, LLC, designed and created the scripts for the Fraudulent

Messages with the intent of fraudulently inducing prospective investors to purchase at

---

[1] AMUT is not included in the Criminal Action.

inflated prices the securities touted in the voicemails. (Defendant's Statement of Offense at 2).

12.     The Defendant engaged the services of Michael O'Grady (the "Telemarketer") to broadcast the Fraudulent Messages. (Complaint ¶17 and Defendant's Statement of Offense at 5-6). The Telemarketer pled guilty to obstruction of justice charges stemming from the scheme[2] and consented to a Final Judgment with the Commission.[3]

13.     The Fraudulent Messages were recorded by the Defendant's then-wife, co-defendant Anna August Boling. (Complaint ¶18 and Defendant's Statement of Offense at 1).

14.     The Defendant caused the Fraudulent Messages to be distributed to the answering machines and voicemail systems of tens of thousands of persons. (Defendant's Statement of Offense at 6-7, 9). The trading volume of the touted stocks was increased by approximately 1,500% in the aggregate and the share prices of the touted stocks were increased in the combined amount of approximately $179 million in market capitalization. (Complaint ¶3).

15.     The scheme was designed to enable Mills and other insiders to profit by selling shares of the touted stocks at the fraudulently inflated prices. (Complaint ¶2 and Defendant's Statement of Offense at 2).

16.     Mills received 250,000 shares of IVFH stock from an insider as payment for his role in the scheme. (Complaint ¶26 and Mills Statement of Offense at 2). A letter instructing the transfer of IVFH shares to Mills is attached hereto as Exhibit 4.

---

[2] *United States of America v. Michael O'Grady*, 05CR119 (ESH) (D.D.C., May 3, 2005)
[3] *SEC v. Michael O'Grady, et al.*, 05CV00868 (RJL) (D.D.C., May 3, 2005)

17.     Mills sold 220,000 IVFH shares during the time that he caused the Fraudulent Messages touting IVFH stock to be distributed. (Complaint ¶26 and Mills Statement of Offense at 2). Mills generated proceeds of $86,750 from these sales. (Complaint ¶26). A copy of Mills' SunState Equity Trading, Inc. account statement reflecting transactions made in August 2004 confirming IVFH stock transactions is attached hereto as Exhibit 5 and a chart summarizing these transactions is attached hereto as Exhibit 6.

18.     Mills also received two checks totaling $25,233 in proceeds from the sale of MAUG shares during the time period that investors were being fraudulently induced to purchase MAUG stock. (Complaint ¶23 and Mills Statement of Offense at 2). A copy of Mills' SunTrust Bank account statement reflecting the deposits of the proceeds made on August 3 and August 6, 2004, and the two checks in the amount of $9,833 and $15,400 for a total of $25,233 are attached hereto as Exhibit 7.

19.     The Defendant received a cash payment of approximately $100,000 (the "Payment") for his role in the scheme. (Defendant's Statement of Offense at 10). The Defendant, Mills and the Telemarketer traveled to a Gulfport, Mississippi casino to collect the Payment from an insider who hired Mills to promote PWRM. (Complaint ¶20 and Defendant's Statement of Offense at 9-10). The Defendant understood that the Payment originated from an insider who received profits from selling PWRM shares during the period in which Fraudulent Messages touting PWRM were broadcast. (Defendant's Statement of Offense at 2).

20.     At the casino, Mills retrieved a blue duffel bag with the word "Grand" on it and gave it to the Defendant, who took $10,000 cash out of the bag and gave the $10,000 to the Telemarketer. (Defendant's Statement of Offense at 10). The Defendant understood

that the bag contained approximately $85,000 to $100,000 when Mills gave it to him. (Defendant's Statement of Offense at 10). The Defendant used the money in the bag at various times to gamble throughout the day and also gave the Telemarketer several thousand dollars worth of chips. (Defendant's Statement of Offense at 10). The next day, the Defendant gave the Telemarketer additional cash, and kept the remaining cash (more than $35,000) for himself. (Defendant's Statement of Offense at 10). The Telemarketer received a total of approximately $40,000 from the bag.[4] (Complaint ¶20).

21.     The prejudgment interest on the disgorgement amount requested in the proposed Final Judgment was calculated using the rate of interest employed by the Internal Revenue Service in computing interest on tax refunds and underpayments, adjusted each quarter. Prejudgment interest was calculated for a period beginning July 25, 2004, at the commencement of the fraudulent scheme, and ending on the date of the filing of the Application for Entry of Default Judgment. A spreadsheet setting forth the prejudgment interest calculation by quarter is attached hereto as Exhibit 8.

22.     The proposed Final Judgment submitted by the Commission seeks a third-tier penalty against the Defendant. Section 21(d)(3) of the Securities and Exchange Act of 1934 authorizes the Commission to seek, and the Court to impose, a third-tier penalty if "(aa) the violation . . . involved fraud, deceit, manipulation, or deliberate or reckless disregard of a regulatory requirement and (bb) such violation directly or indirectly resulted in substantial losses or created a significant risk of substantial losses to other persons." These provisions authorize third-tier civil penalties for each violation not to "exceed the greater of (I) $100,000 for a natural person . . . or (II) the gross amount of pecuniary gain to such defendant as a result of the violation . . . ."

---

[4] The Telemarketer's settlement with the Commission included the disgorgement of this $40,000 payment.

/s/ Andrea Bellaire
Attorney for Plaintiff
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
202.551.4579

Dated: October 19, 2007
        Washington, D.C.

SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

# EXHIBIT 1

AO 440 (Rev. DC – September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

United States Securities
and Exchange Commission

SUMMONS IN A CIVIL CASE

V.

Roderic Lee Boling, III, *et. al.*

CASE NUMBER  1:06CV01329

JUDGE: Rosemary M. Collyer

CASE NUMBI

DECK TYPE: General Civil

DATE STAMP: 07/27/2006

TO: (Name and address of Defendant)

Roderic Lee Boling, III
205 Tranquility Cove
Altamonte Springs, Florida 32779

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan M. Lieberman, Esq.
United States Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
(202) 551-4474

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL 27 2006

CLERK                                                          DATE

*Maureen Higgins*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 11-11-06 @ 11:20 am | |
| NAME OF SERVER (PRINT) J.N. Meadows | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served:   121 Stag bridge Ct., Longwood, FL  32779

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11-15-06
              Date

Signature of Server    CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050

Address of Server

*    Notice of Right to Consent to Trial before United States Magistrate Judge,
     Complaint and Initial Electronic Case Filing Order

NOTARY PUBLIC STATE OF FLORIDA
Karen S. Hernandez
Commission # DD415782
Expires: MAY 22, 2009
Bonded Thru Atlantic Bonding Co., Inc.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

EXHIBIT 2

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION

      Plaintiff(s)

    v.

Civil Action No. **06-1329 (RMC)**

BOLING, et al.

      Defendant(s)

RE: RODERIC LEE BOLING, III

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on November 11, 2006 , and an affidavit on behalf of the plaintiff having been filed, it is this 25th day of September , 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____

                Deputy Clerk

SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

EXHIBIT 3

Hey Tracy, it's Debbie!  I couldn't find your old number and Tammy said this was your new one – I hope it's the right one. Anyway, remember Evan, that hot stock exchange guy I'm dating? He gave my dad that stock tip on WLSF and it went from under a buck to like three bucks in two weeks and you were mad I didn't call you?  Well I'm calling you now.  This new company is supposed to be like the next Tommy Bahama and they're making some big news announcement this week.  The stock symbol is MAUG.  He said it's cheap now, like $.50.  Sorry I'm eating but I'm starving.  It's $.50 now and it's going up to, like, 5 or 6 bucks this week, so get as much as you can.  Call me on my cell – I'm still in Orlando.  It's 407-XXX-XXXX.  Dad and I are buying a bunch tomorrow and I already called Kelly and Ron, too.  Anyway, I miss you.  Give me a call.  Bye.

Hey Pam, it's Renee.  I lost your old number and Tammy said this was your new one – I hope it's the right one.  Anyway, remember Scott, that hot stock exchange guy I'm dating?  And remember when he gave my dad that stock tip in June on SMSI and it went from a buck to like five bucks in two weeks and you were mad because I didn't call you about it?  Well I'm calling you now.  There's this new company that just signed a big food deal with Emeril, you know, the TV chef, and they're making a big announcement this week.  Anyway, the stock symbol is IVFH.  He said it's cheap now, like $0.25, but after this weekend it's going to be taking off, so get as much as you can.  Call me on my cell phone, ok?  I'm still in Orlando.  It's 407-XXX-XXXX. And, uh, my Dad and I are gonna be buying a bunch and I called Kelly and Ron, too.  Anyway, give me a call.  I miss you.  Bye.

Hey Patty, it's Lisa, um, I can't find that number you gave me and I asked Jessica and she said this was your new one so I hope it's the right one.  Anyway, remember Matt, that hot stock exchange guy I'm dating, remember when he gave my dad that stock tip in June on SMSI and it went from a buck to like five bucks in two weeks.  You were mad because I didn't call you about it, well, I'm calling you now 'cause there's this new company, it's some wireless internet provider, whatever that is, and someone may be trying to buy it or sell it; it's kind of confusing.  But, anyway, it's going up big this week – some big internet deal—and the stock symbol is FGWC.  He said it's open cheap, under 10 cents—sorry, I'm eating 'cause I'm starving—anyway, it's under 10 cents now, but it's going to a buck or so, so get as much as you can.  Give me a call on my cell; I'm still in New York.  Uh, my dad and I are going to be buying a bunch, and I only told Sam and Ellen about it, besides you now, because it's kind of a secret. Anyways, call me or e-mail me.  Love you, bye.

Hey Steph, it's Wendy. I looked for your old number and I couldn't find it but Brady says this is your new one I hope it's the right one. Anyway, remember Evan that hot stock exchange guy I'm dating— he gave my dad that hot stock tip in June on SMSI and it went from a buck to like five bucks in two weeks and you were mad because I didn't call you? Well, I'm calling you now. There's this new company that supposedly developed some zillion dollar cancer test thing and it's going to go up big this week—some patent thing, whatever that is. Anyway, the stock symbol is PWRM, and he says it's gonna open cheap, like $2.50—I'm sorry, I'm eating 'cause I'm starving—it's $2.50 now and it's going to take off after this weekend so get as much as you can. Call me on my cell phone, okay; I'm still in New York. Um, my dad and I are going to be buying a bunch tomorrow and the only people I told is Sam and Ellen—it's kind of a secret. Okay, so give me a call or e-mail me. I love you. Bye.

Hey Jen, it's Tara. I couldn't find the number you gave me and Sandy said this was your new one, so I hope it is the right one. Anyway, remember Chet, that hot stock exchange guy I'm dating? Remember when he gave my Dad that stock tip in June on SMSI and it went from a buck to like five bucks in two weeks and you were mad because I didn't call you about it? Well I'm calling you now, because there is this new company and it's supposed to be like the next Carrabba's and it is going up big this week some big food deal. Anyway the stock symbol is DNNI and he said it opens cheap, like $.20. I'm sorry I'm eating because I'm starving right now. It's $.20 and it's going up to a couple of bucks or something, so get as much as you can. Call me on my cell, I'm still in New York. Um, my Dad and I are gonna be buying a bunch tomorrow and I only told Sam and Ellen about it because it is kind of a secret. Anyway, call me or email me. Love you, bye.

Hey Jen, it's Tiffany. I couldn't find that number you gave me, but Tina said this is your new one, so I hope I'm calling you at the right one. Anyway, remember Mike, that hot stock exchange guy I date sometimes? Remember when he gave my Dad that stock tip in March last year on TIWI - it was that internet phone/international phone thing - whatever it was. Anyway it went from like a buck to fifteen bucks and you were so mad at me because I didn't call you about it. Well, I'm calling you now because he just told me about this other company, and they're gonna be bought out next week or something, and they're gonna be making a big announcement about it. Anyway the stock symbol is AMUT and he said it is cheap now, like $.10, but it is gonna be taking off this week, so go ahead and get as much as you can. Anyway, call me on my cell - I'm still in New York and its 917-XXX-XXXX. Um, my Dad and I are gonna be buying a whole bunch of it and I already told Tina and Bob about it too. I just wanted to let you know. Give me a call, ok? Miss you. Bye.

SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

# EXHIBIT 4

*Atten: Brian Zimmerman*

000044

TO: SunState Equity Trading Co.- Brian Zimmerman

FROM:  Grant Miller – Coast Market Research, Inc.

DATE: 8-2-04

SUBJECT: Journal Transfer

RE: Account # 42021782

Dear SunState Equity Trading Co.,

Please use this letter as authorization to journal 250,000 shares of Innovative Food Holdings, Inc. from my account, #42021782 to Direct Results of Sweet Water LLC, account #42021758. This journal is necessary to complete contract obligations between the two parties involved.

Thank you,

Grant Miller – President & CEO
Coast Market Research, Inc.

EXHIBIT
H0-10015
MILLS
5
20.    1/25/05

SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

EXHIBIT 5

PAGE 1

SUN STATE EQUITY TRADING, INC
SUNSTATE EQUITY TRADING-HOME
10012 NORTH DALE MABRY
SUITE 100
TAMPA, FL 33618
US

ACCOUNT NUMBER: 07-42021758    ACCOUNT NAME: DIRECT RESULTS OF SWEETWATER LLC

**You may now elect to receive confirms electronically. Please logon to https://online.penson.com to register. Please note that upon registration, you will no longer receive receive confirms via the mail.**

THANK YOU...for letting us serve you. As your canceled check is your receipt, no receipt will be forwarded unless requested. Amount due or securities due must be received in our office on or before settlement date shown below.

Retain this original for your records and tax purposes.
Account cleared by
PENSON FINANCIAL SERVICES, INC.
1700 Pacific Avenue, Suite 1400
Dallas, Texas 75201

| B/S | TRADE DATE | SETTLE DATE | TRADE NO | AT KA CD TY TC | SYSTEM CONTRA SYMB | QUANTITY SYMB | SECURITY DESCRIPTION | PRICE | GROSS | PRINCIPAL | SEC FEES | TAX DISTRICT | OTHER | L C O E R G R | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S EXECUTION | 08/12/04 08/17/04 | C7288 00:00:00 | O 2 1 | | | NVFH | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.385000 | 462.00 | 15400.00 | 0.37 | | 4.00 U | USD | 14933.63 |
| S EXECUTION | 08/12/04 08/17/04 | C7259 00:12:30 | O 2 1 | | | NVFH | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.385000 | 462.00 | 15400.00 | 0.37 | | 4.00 U | USD | 14933.63 |
| S EXECUTION | 08/12/04 08/17/04 | C7261 15:50:00 | O 2 1 | | | NVFH | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.400000 | 200.00 | 10000.00 | 0.24 | | 4.00 U | USD | 9797.28 |
| S EXECUTION | 08/12/04 08/17/04 | C7252 16:02:00 | O 2 1 | | | NVFH | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.410000 | 200.00 | 10250.00 | 0.24 | | 2.50 U | USD | 10047.28 |
| S EXECUTION | 08/12/04 08/17/04 | C7260 16:02:00 | O 2 1 | | | NVFH | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.385000 | 0.00 | 15400.00 | 0.37 | | 4.00 U | USD | 15395.63 |
| SXL EXECUTION | 08/12/04 08/17/04 | C2550 16:02:00 | O 2 1 | | | NVFH | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.385000 | 0.00 | -15400.00 | -0.37 | | -4.00 U | USD | -15395.63 |
| S EXECUTION | 08/12/04 08/17/04 | C1335 16:15:06 | O 2 1 | | | NVFH | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.480000 | 691.00 | 14400.00 | 0.34 | | 3.00 U | USD | 13705.66 |
| S EXECUTION | 08/10/04 08/13/04 | C1533 11:17:00 | O 2 1 | | | NVFH | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.340000 | 306.00 | 10200.00 | 0.24 | | 3.00 U | USD | 9890.76 |
| S EXECUTION | 08/10/04 08/13/04 | C1592 15:12:03 | O 2 1 | | | NVFH | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.370000 | 330.00 | 11100.00 | 0.26 | | 3.00 U | USD | 10766.74 |
| S EXECUTION | 08/20/04 08/20/04 | O1165 16:18:29 | O 2 1 | | | NVFH | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.250000 | 300.00 | 7500.00 | 0.18 | | 3.00 | USD | 7196.82 |

SUMMARY FOR CURRENT TRADE DATE: 08/23/2004

| | | | |
|---|---|---|---|
| TOTAL SHARES BOUGHT: | 0.0000 | TOTAL DOLLARS BOUGHT: | 0.00 |
| TOTAL SHARES SOLD: | -250,000.0000 | TOTAL DOLLARS SOLD: | 91,271.76 |


EXHIBIT

SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

EXHIBIT 6

### Sale of IVFH stock by Jeffrey Scott Mills

| Trade Date | Quantity | Price | Amount |
|---|---|---|---|
| 8/12/2004 | 40,000 | $.38 | $15,400 |
| 8/12/2004 | 25,000 | $.40 | $10,000 |
| 8/12/2004 | 25,000 | $.41 | $10,250 |
| 8/12/2004 | 40,000 | $.38 | $15,400 |
| 8/13/2004 | 30,000 | $.48 | $14,400 |
| 8/16/2004 | 30,000 | $.34 | $10,200 |
| 8/16/2004 | 30,000 | $.37 | $11,100 |
| | **220,000** | | **$86,750** |

SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

EXHIBIT 7

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

PAGE 1 OF 2
83/E00/0175/6/ 31
1000008427642
08/31/2004

# SUNTRUST

ACCOUNT
STATEMENT

DIRECT RESULTS OF SWEETWATER LLC
210 SMOKERISE BLVD
LONGWOOD FL 32779-3317

QUESTIONS? PLEASE CALL
1-800-786-8787

EVERY TIME YOU USE YOUR BUSINESS CHECK CARD AND SIGN FOR YOUR PURCHASE BETWEEN
SEPT. 1 AND NOV. 30, 2004, YOU'LL BE AUTOMATICALLY ENTERED FOR A CHANCE TO WIN
AN ULTIMATE NASCAR EXPERIENCE. SEE ENCLOSED INSERT FOR FURTHER DETAILS AND
OFFICIAL RULES.

## ACCOUNT SUMMARY

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TAXPAYER ID |
|---|---|---|---|
| BASIC BUSINESS CHECKING | 1000008427642 | 08/01/2004 - 08/31/2004 | 31-1820377 |

| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| BEGINNING BALANCE | $8,725.59 | AVERAGE BALANCE | $48,843.13 |
| DEPOSITS/CREDITS | $116,476.57 | AVERAGE COLLECTED BALANCE | $47,035.61 |
| CHECKS | $24,119.48 | NUMBER OF DAYS IN STATEMENT PERIOD | 31 |
| WITHDRAWALS/DEBITS | $21,055.00 | | |
| ENDING BALANCE | $80,027.68 | | |

### DEPOSITS/CREDITS

| DATE | AMOUNT | SERIAL # | | DATE | AMOUNT | SERIAL # | |
|---|---|---|---|---|---|---|---|
| 08/03 | 9,833.00 | | DEPOSIT | 08/06 | 15,400.00 | | DEPOSIT |
| 08/18 | 63,864.44 | | INCOMING FEDWIRE CR TRN #012642 | | | | |
| 08/27 | 27,379.13 | | INCOMING FEDWIRE CR TRN #014690 | | | | |

DEPOSITS/CREDITS: 4          TOTAL ITEMS DEPOSITED: 2

### CHECKS

| CHECK NUMBER | AMOUNT | DATE PAID | | CHECK NUMBER | AMOUNT | DATE PAID |
|---|---|---|---|---|---|---|
| 1046 | 3,000.00 | 08/04 | | 1050 | 4,200.00 | 08/19 |
| *1048 | 3,500.00 | 08/11 | | *1052 | 10,000.00 | 08/30 |
| 1049 | 2,500.00 | 08/13 | | | 919.48 | 08/05 |

CHECKS: 6          *BREAK IN CHECK SEQUENCE

### WITHDRAWALS/DEBITS

| DATE | AMOUNT | SERIAL # | DESCRIPTION |
|---|---|---|---|
| 08/18 | 15.00 | | INCOMING FEDWIRE TRANSFER FEE TRN #012642 |
| 08/24 | 25.00 | | OUTGOING FEDWIRE TRANSFER FEE TRN #010804 |
| 08/24 | 21,000.00 | | OUTGOING FEDWIRE DR TRN #010804 |
| 08/27 | 15.00 | | INCOMING FEDWIRE TRANSFER FEE TRN #014690 |

WITHDRAWALS/DEBITS:  4

### BALANCE ACTIVITY HISTORY

| DATE | BALANCE | COLLECTED BALANCE | DATE | BALANCE | COLLECTED BALANCE |
|---|---|---|---|---|---|
| 08/01 | 8,725.59 | 8,725.59 | 08/06 | 30,039.11 | 14,639.11 |
| 08/03 | 18,558.59 | 8,725.59 | 08/09 | 30,039.11 | 30,039.11 |
| 08/04 | 15,558.59 | 15,558.59 | 08/11 | 26,539.11 | 26,539.11 |
| 08/05 | 14,639.11 | 14,639.11 | 08/13 | 24,039.11 | 24,039.11 |

MEMBER FDIC          CONTINUED ON NEXT PAGE

EXHIBIT
HB-10015
MILLS
15
JD.          1/25/05

| Date | Seq Num | Account | Amount | Serial Num |
|------|---------|---------|--------|------------|
| 08/06/04 | 20719482 | 2000021429998 | 15400.00 | 98 |



| Date | Seq Num | Account | Amount | Serial Num |
|------|---------|---------|--------|------------|
| 08/03/04 | 17241771 | 2000021429998 | 9833.00 | 92 |

SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

EXHIBIT 8



# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

### Roderic Lee Boling

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $171,983.00 |
| 08/01/2004-09/30/2004 | 4% | 0.67% | $1,146.55 | $173,129.55 |
| 10/01/2004-12/31/2004 | 5% | 1.25% | $2,164.12 | $175,293.67 |
| 01/01/2005-03/31/2005 | 5% | 1.25% | $2,191.17 | $177,484.84 |
| 04/01/2005-06/30/2005 | 6% | 1.5% | $2,662.27 | $180,147.11 |
| 07/01/2005-09/30/2005 | 6% | 1.5% | $2,702.21 | $182,849.32 |
| 10/01/2005-12/31/2005 | 7% | 1.75% | $3,199.86 | $186,049.18 |
| 01/01/2006-03/31/2006 | 7% | 1.75% | $3,255.86 | $189,305.04 |
| 04/01/2006-06/30/2006 | 7% | 1.75% | $3,312.84 | $192,617.88 |
| 07/01/2006-09/30/2006 | 8% | 2% | $3,852.36 | $196,470.24 |
| 10/01/2006-12/31/2006 | 8% | 2% | $3,929.40 | $200,399.64 |
| 01/01/2007-03/31/2007 | 8% | 2% | $4,007.99 | $204,407.63 |
| 04/01/2007-06/30/2007 | 8% | 2% | $4,088.15 | $208,495.78 |
| 07/01/2007-09/30/2007 | 8% | 2% | $4,169.92 | $212,665.70 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| 08/01/2004-09/30/2007 | $40,682.70 | $212,665.70 |