UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>RODERIC LEE BOLING, III, *et al.*, )<br><br>Defendants. ) | Civil Action No. 06-1329 (RMC) |

### ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED

On July 27, 2006, Plaintiff Securities and Exchange Commission ("SEC") filed a Complaint against Defendants, seeking a permanent injunction, disgorgement of ill-gotten gains, and civil monetary penalties for violations of the Securities Exchange Act. On November 11, 2006, personal service of the Complaint and Summons was made on Defendant Roderic Boling, III, within the provisions of Federal Rule of Civil Procedure 4. Defendant failed to appear, plead, or otherwise defend the SEC's Complaint as provided by the Federal Rules of Civil Procedure.[1] As a result, the Clerk entered default against Defendant Boling on September 25, 2007. On October 19, 2007, Plaintiff SEC filed a motion for entry of default judgment. Accordingly, it is hereby

**ORDERED** that on or before November 26, 2007, Defendant Roderic Boling shall **SHOW CAUSE** why the Court should not grant Plaintiff's Motion for Default Judgment [Dkt. # 24].

---

[1] Defendants Anna August Boling, Jeffrey Scott Mills, and Direct Results of Sweetwater, LLC filed an answer or otherwise responded to the SEC's Complaint. *See* [Dkt. ## 8 & 12].

**SO ORDERED**.

Date:  October 23, 2007                                             /s/
                                                                        ROSEMARY M. COLLYER
                                                                        United States District Judge