SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

# EXHIBIT 2

**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUL 0 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: 06-CR-228 |
| | : | |
| v. | : | |
| | : | |
| ANNA A. BOLING, | : | VIOLATION: 18 U.S.C. §4 |
| | : | (Misprision of Felony) |
| | : | 15 U.S.C. §§ 78j(b) and 78ff |
| | : | (Securities Fraud) |
| Defendant. | : | |

### STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant, Anna August Boling, under penalty of perjury, agrees and stipulates, to the following facts in connection with her plea of guilty to one count of 18 U.S.C. § 4(Misprision of Felony (Securities Fraud 15 USC §§ 78j(b) and 78ff)).

I.  Introduction

From in or about July 2004, through in or about August 2004, Roderic L. Boling unlawfully, willfully and knowingly conspired with Jeffrey S. Mills and others to commit the offense of Securities Fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff, and 17 C.F.R. 240.10b-5, and did willfully commit securities fraud by engaging in a scheme to artificially inflate the market price and market demand of the following companies, and to fraudulently induce investors to purchase shares of common stock of the following companies: Maui General Store, Inc. ("MAUG"), Innovative Food Holdings, Inc. ("IVFH"), Power3 Medical Products, Inc. ("PWRM"), Donini, Inc. ("DNNI"), and 5G Wireless Communications, Inc. ("FGWC"). Roderic Boling,, ANNA BOLING, Jeffrey S. Mills, and others, caused the Telephone Broadcast Company to broadcast fraudulent hoax voicemail messages containing the voice of defendant ANNA BOLING to voicemail systems and answering machines throughout the United States,

including within the District of Columbia. The voicemail messages were designed to deceive prospective investors into believing they had inadvertently received a confidential stock tip intended for the close friend of the person leaving the voicemail message on their voicemail/answering machines. Roderic Boling and Jeffrey S. Mills designed and created the scripts for the messages together with the intent of fraudulently inducing prospective investors into purchasing the securities touted in the voicemails at inflated prices. Defendant Roderic Boling and Jeffrey S. Mills understood as they designed and caused the distribution of the fraudulent voicemails that they had been hired to promote the touted securities so that others could sell large amounts of stock into the market at inflated prices during the time period that Roderic Boling and Jeffrey Mills were promoting the touted securities. At the behest of Roderic Boling, Anna Boling recorded the messages and took significant efforts to make the messages sound authentic, realistic and believable so that listeners would believe they had received a voicemail message mistakenly left on a wrong number and not a mass telemarketing promotion. Roderic Boling received a cash payment for his role in the conspiracy and the securities fraud scheme, and Anna Boling understood when she recorded the voicemails that her husband, who was her sole source of financial support would be compensated for their efforts in producing, recording and distributing the voicemails.

II.    **Relevant persons and entities**

Defendant Anna Boling resided in Altamonte Springs, Florida, with her husband Roderic Boling, and had significant experience in participating in telemarketing promotions in which prerecorded messages were distributed to persons throughout the United States.

Jeffrey S. Mills was a stock promoter who resided in Longwood, Florida. Mills was the President of Direct Results of Sweetwater LLC.

Michael O'Grady was the co-owner and President of Telephone Broadcast Company, LLC.

Telephone Broadcast Company, LLC, and its affiliate Telephony Leasing Corporation LLC, were privately held companies incorporated under the laws of the State of Georgia with their principal place of business located in Augusta, Georgia (collectively "TBC"). TBC was in the business of broadcasting recorded telemarketing messages over the interstate telephone lines to millions of households for its clients. TBC was paid by clients to make automated calls to telephone numbers throughout the United States and to play prerecorded messages when the telephone calls were answered by individuals, answering machines or voice mail systems.

American Multiplexer Corp. ("AMUT") was a data distribution and compression provider incorporated under the laws of the State of North Carolina with its principal place of business in Sunnyvale, California. AMUT's common stock was quoted in the Pink Sheets, a price quotation system primarily used for the trading of the securities of small corporations that do not meet the minimum listing requirements of a national securities exchange. AMUT was quoted under the stock symbol AMUT until December 20, 2004, when the SEC revoked the registration of AMUT's securities pursuant to Section 12(j) of the Securities Exchange Act of 1934.

Donini, Inc. ("DNNI") was a pizzeria franchise management company incorporated under the laws of the State of New Jersey with its principal place of business in Montreal, Canada. DNNI's common stock was quoted under the symbol DNNI on the OTC Bulletin Board, an electronic price quotation system primarily used for the trading of the securities of over-the-counter securities corporations that do not meet the listing requirements of a national securities exchange.

3

5G Wireless Communications, Inc. ("FGWC") was a wireless broadband retailer incorporated under the laws of the State of Nevada with its principal place of business in Marina Del Ray, California. FGWC's common stock was quoted under the symbol FGWC on the OTC Bulletin Board.

Innovative Food Holdings, Inc. ("IVFH") was a restaurant supply distributor incorporated under the laws of the State of Florida with its principal place of business in Naples, Florida. IVFH's commons stock was quoted under the symbol IVFH in the pink sheets.

Maui General Store, Inc. ("MAUG") was an internet and mail order catalog retailer incorporated under the laws of the State of New York with its principal place of business in Hana, Hawaii. MAUG's common stock was quoted under the symbol "MAUG" on the OTC Bulletin Board.

Power3 Medical Products, Inc., ("PWRM") was a specialty healthcare and biotechnology holding company incorporated under the laws of the State of New York with its principal place of business in the Woodlands, Texas. PWRM's securities were registered with the Securities and Exchange Commission, and were quoted under the symbol PWRM on the OTC Bulletin Board.

Twister Networks, Inc. ("TWTN") was a Voiceover Internet Protocol communications company incorporated under the laws of the State of Nevada with its principal place of business in Los Angeles, California. TWTN's commons stock was quoted under the symbol TWTN in the Pink Sheets.

## Background

In July and August, 2004, Anna A. Boling was the wife of Roderic Boling. In 2004, Anna Boling had approximately fifteen years experience working as a telemarketer, and had on a number of occasions recorded audio messages that were disseminated to the public over telephone wires. In the summer of 2004, Roderic Boling was a substantial owner of a telemarketing company, Nomrah Records, Inc., d/b/a Direct Activation, that promoted the installation of satellite television systems for Direct TV. Roderic Boling also owned a water promotion company known as Water Equipment Technologies of Central Florida ("WET").

### Anna Boling's Involvement with Roderic Boling's Businesses

From 2000-2004, Anna Boling performed telemarketing services for Direct Activation or WET. Anna Boling was the Vice-President of WET and owned 10% of WET stock. Anna Boling was aware that Roderic Boling (through WET) distributed telemarketing messages across the country through TBC. Prior to July 2004, Roderic Boling instructed Anna Boling on how to use the TBC system to "drop" voicemail messages so they could be distributed by TBC to the public. Prior to July 2004 Anna Boling had regularly recorded telemarketing messages for Roderic Boling's companies and utilized the TBC system to "drop" voicemail messages for distribution. In July 2004, Anna Boling was financially dependent on Roderic Boling's income, and she undertook voicemail promotional activity for Direct Activation and WET. In 2004, Roderic Boling signed a long term agreement with TBC, which required him to pay TBC over $20,000 per week for the right to utilize certain telecommunications capacity. In July 2004, Anna Boling was aware that Roderic Boling had a business relationship with Jeffrey Mills, among others that involved the promotion of publicly traded companies.

5

## Stock Voicemails

In July 2004, Roderic Boling entered into a business relationship with Jeffrey Mills to promote publicly held companies by sending out voicemail messages to promote their stock. Anna Boling was aware that Roderic Boling had been hired by Jeffrey Mills to send out voicemails concerning stocks, and understood that Roderic Boling would be compensated for his role in the promotion. Roderic Boling asked Anna Boling to record hoax voicemail messages about a number of publicly traded companies that contained a number of material misrepresentations and falsehoods. The scripts for one or more of these voicemail messages was reviewed by Roderic Boling and Jeffrey Mills prior to being recorded by Anna Boling. Between July 2004 and August 19, 2004, Anna Boling recorded at least 26 different voicemail recordings which attempted to convince recipients of the voicemails to purchase stock in thinly traded public companies. In each of these messages Anna Boling mentioned a publicly traded stock symbol and repeated information in the messages that contained intentional falsehoods and misrepresentations. Anna Boling recorded each of these 26 messages onto the TBC distribution system, and she understood that by "dropping" these messages on to TBC's system that her recorded messages would be distributed by TBC to hundreds of thousands of persons across the country.

In each of the 26 voicemail messages Anna Boling discussed a publicly traded company and intended to convince members of the investing community to purchase stock in the company she was touting. Among the 26 messages recorded by Anna Boling concern the following companies, which were also distributed by during the time periods listed below:

6

| VOICEMAILS | TIME PERIODS |
|---|---|
| American Multiplexer Corp. "AMUT" | 8/17/2004 - 8/18/2004 |
| Cirilium Holdings, Inc. "CRLU" | 8/13/2004 - 8/17/2004 |
| Donini, Inc., "DNNI" | 8/11/2004 - 8/17/2004 |
| 5G Wireless Communications, Inc., "FGWC" | 8/11/2004 - 8/17/2004 |
| Innovative Food Holdings, Inc., "IVFH" | 8/06/2004 - 8/17/2004 |
| Maui General Store, Inc., "MAUG" | 7/25/2004 - 8/17/2004 |
| Medical Home Products, Inc. "MHPD" | 8/13/2004 |
| Power3 Medical Products, Inc., "PWRM" | 8/11/2004 - 8/17/2004 |
| Power3 Medical Products, Inc., "PWRM" | 8/18/2004 |
| Twister Networks, Inc., "TWTN" | 8/17/2004 - 8/18/2004 |

Transcripts for twelve of the voicemails that Anna Boling recorded from July 24, 2004 through August 19, 2004 are as follows:

1. Transcript for Audio File "407.wav"- MAUG

   Hey Tracy, its Debbie, I couldn't find your old number and Tammy said this was your new one, I hope it's the right one. Anyway, remember Evan that hot stock exchange guy I'm dating? He gave my dad that stock tip on WLSF and it went from under a buck to like three (3) bucks in two weeks and you were mad I didn't call you. Well, I am calling you now. This new company is supposed to be like the next Tommy Bahama, and they're making some big news announcement this week. The stock symbol is MAUG. He said it's cheap now like 50 cents. . .I'm sorry I am eating cause I'm starving. Its fifty (50) cents now and it is going up to like five (5) or six (6) bucks this week, so get as much as you can. Call me on my cell, I am still in Orlando          dad and I are buying a bunch tomorrow and I already called Kelly and Ron too. Anyways, I miss you give me a call. Bye.

2. Transcript for Audio File "rb_0806_live_01_old.wav"- IVFH

   Hey Pam, it's Renee. Um, I lost your old number and Tammy said this was your new one. I hope it's the right one. Anyway, remember Seth, that hot stock exchange guy I'm dating? And remember when he gave my dad that stock tip in June on SMSI and it went from a buck to like five (5) bucks in two (2) weeks and you were mad because I didn't call you about it? Well, I'm calling you now.

7

There's this new company that just signed a big food deal with Emeril, you know the TV chef, and they're making a big announcement this week. Anyway, the stock symbol is IVFH. He said its cheap now, like twenty five (25) cents, but after this weekend it's going to be taking off, so get as much as you can. Call me on my cell phone ok? I'm still in Orlando, its _____ ). And, uh, my dad and I are gonna be buying a bunch and I called Kelly and Ron, too. Anyways, give me a call. I miss you. Bye.

3. Transcript for Audio File "rb_081104_PWRM.wav"- PWRM

Hey Steph, its Wendy. I looked for you old number and I couldn't find it but Brandy says this is your new one. I hope it's the right one. Anyway, remember Evan, that hot stock exchange guy I'm dating, he gave my dad that stock tip in June on SMSI and it went from a buck to like five (5) bucks in two (2) weeks and you were mad because I didn't call you? Well, I'm calling you now. There's this new company that supposedly developed some zillion dollar cancer test thing and it's going to go up big this week, some patent thing, whatever that is. Anyway, the stock symbol is PWRM, and he says it gonna open cheap, like two dollars and fifty cents. I'm sorry, I'm eating 'cause I'm starving. It's two (2) dollars and fifty (50) cents now and it's going to take off after this weekend so get as much as you can. Call me on my cell phone, okay. I'm still in New York. Um, my dad and I are going to be buying a bunch tomorrow and the only people I told is Sam and Ellen, its kind of a secret. Okay, so give me a call or email me. I love you. Bye.

4. Transcript for Audio File "rb_081104_FGWC.wav"- FGWC

Hey Patty, its Lisa, um, I can't find that number you gave me and I asked Jessica she said this was your new one so I hope it's the right one. Anyway, remember Matt, that hot stock exchange guy I'm dating, remember when he gave my dad that stock tip in June on SMSI and it went from a buck to like to five (5) bucks in two (2) weeks. You were mad cause I didn't call you about it, well, I'm calling you now cause there's this new company, its some wireless internet provider, whatever that is, and someone may be trying to buy it or sell it; it's kind of confusing. But, anyway, its going up big this week, some big internet deal, and the stock symbol is FGWC. He said its open cheap, under ten (10) cents. Sorry, I'm eating 'cause I'm starving. Anyways, it's under ten (10) cents now, but it's going up to a buck or so, so get as much as you can. Give me a call on my cell, I'm still in New York. Um, my dad and me are going to be buying a bunch, and I only told Sam and Ellen about it, besides you now, because its kind of a secret. Anyways, call me or e-mail me. Love you, bye.

8

5. Transcript for Audio File "rb_081104_DNNI.wav."- DNNI

Hey Jen, its Tara. Um, I couldn't find that number you gave me and Sandy said this was your new one so I hope it's the right one. Anyway, remember Chet that hot stock exchange guy I'm dating? Remember when he gave my dad that stock tip in June on SMSI and it went from a buck to like five (5) bucks in two (2) weeks and you were mad because I didn't call you about it? Well I'm calling you now because there's this new company that's supposed to be like the next Carrabba's and its going up big this week. Some big food deal. Anyways the stock symbol is DNNI and he said its opened cheap like twenty (20) cents. I'm sorry I'm, I'm eating. I'm starving right now. Its twenty (20) cents and its going up to a couple of bucks or something so get as much as you can. Call me on my cell. I'm still in New York. Um, my dad and I are going to be buying a bunch tomorrow and I only told Sam and Ellen about it because its kind of a secret. Anyways call me or email me. Love you. Bye.

6. Transcript for Audio File "TWTN.wav"- TWTN

Hey Jenna. Its Amy, I lost that number that you gave me but Tina told me that this was your new one so I hope I'm calling you at the right one. Anyways, I'm calling because you remember Mike that hot stock exchange guy I date some times? He gave my dad that stock tip in March last year on TIWI, it was that internet phone International phone thing whatever it was. Anyway it went from like a buck to fifteen (15) bucks and you were so mad because I didn't tell you about it. Well I'm calling you now. He just told me about this new company that signed some new deal and they are gonna be making some big announcement about it. Anyway the stock symbol is TWTN and he said its cheap now like thirty (30) cents but its gonna be taking off this week so get as much as you can. Um, go ahead and give me a call on my cell phone if you can. I'm still in New York Um, my dad and I are gonna be buying a bunch and I already told Tina and Bob about it too, but I just wanted to let you know about it. Give me a call okay or email me. Bye.

7. Transcript for Audio File "07.wav "- TWTN

Hey Christie, it's Amy, I lost that number that you gave me but Tina said that this is your new one. So, I hope I called the right one. Anyway, remember Mike, that hot stock exchange guy I'm dating? Remember when he gave my Dad that stock tip in March, last year on TIWI? You know that Internet phone, international phone thing, whatever it was? Anyway, it went from a buck to like fifteen (15) bucks and you were mad because I didn't call you about it? Well, I'm calling you now about this new company um, they just signed this new deal and are making a big announcement this week. Anyway, the stock symbol is TWTN and he said its cheap now like thirty cents but it's going to be taking off. So get as much as you can. Anyways, call me on my cell. I'm still in New York. It's                       j

uh, my Dad and I are going to be buying a bunch and I told Tina and Bob about it too. So, anyways, I miss you and give me a call. Love you, bye.

8. Transcript for Audio File "AMUT.wav"-AMUT

Hey Jen, its Tiffany. I couldn't find that number you gave me but Tina said that this was your new one so I hope I'm calling you at the right one. Anyways, remember Mike that hot stock exchange guy I date sometimes? Remember when he gave my dad that stock tip in March last year on TIWI it was that internet phone international phone thing whatever it was? Anyway it went from like a buck to fifteen bucks and you were so mad at me because I didn't call you about it. Well, I'm calling you now cause he just told me about this other company and they're gonna be bought out next week or something and they're gonna be making a big announcement about it. Anyways the stock symbol is AMUT and he said its cheap now, like ten (10) cents but its gonna be taking off this week so go ahead and get as much as you can. Anyways call me on my cell. I'm still in New York, and its                Um, my dad and I are going to be buying a whole bunch of it and I already told Tina and Bob about it too. I just wanted to let you know. Give me a call okay. Miss you. Bye.

9. Transcript for Audio File "08.wav"- AMUT

Hey Jenny, it's Tiffany. I lost that number that you gave me but Tina said that this is your new one. So I hope I'm calling you at the right one. Anyway, remember Mike, that hot stock exchange guy I'm dating? Remember when he gave my Dad that stock tip in March last year on TIWI that Internet phone, international phone thing, whatever it was? Any it went from like a buck to fifteen (15) bucks and you were mad because I didn't call you about it? Well, I'm calling you now because there's this new company and their going to be making some big announcement next week. I guess their being bought out or something. Anyways, the stock symbol is AMUT and he said it's cheap now, like ten (10) cents but it's going to be taking off. So get as much as you can. Anyway, give me a call on my cell phone, I'm still in New York. It's                And, uh, my Dad and I are going to be buying a bunch and I already told Tina and Bob about it too. So give me a call cause I miss you. Bye.

10. Transcript for Audio File "TWRM.wav"- PWRM

Hey Sherry, its Laura. I can't find that number that you gave me but Tina said that this was your new one. So I hope I'm calling you at the right one. Um, do you remember Mike that hot stock exchange guy I date sometimes. Remember when he gave my dad that stock tip in March of last year on TIWI it was that internet phone international phone thing whatever it was? Anyway it went from like a buck to fifteen (15) bucks and you were so mad cause I didn't call you about it. Well I'm calling you now because there's this other company that he

just told me about and they've got some zillion dollar cancer detection thing and um they're going to be making some kind of big announcement about it. Anyways the stock symbol is PWRM and he said its cheap now like a couple of bucks but its gonna be going up this week. So, get as much as you can. Anyways give me a call on my cell. I'm still in New York. Its              and um my dad and I are going to be buying a bunch and I told Tina and Bob about it too. So I just wanted to let you know. So give me a call in a few. Bye.

11. Transcript for Audio File "05.wav"- CRLU

Hey Nina, it's Sherrie. I lost that number that you gave me and Paula said that this was your new one, I hope it is the right one. Anyway remember Vince that hot stock exchange guy I am dating? Remember when he gave my dad that stock tip in March last year on TIWI that internet phone, international phone thing? Anyway remember when it went from a buck to like fifteen (15) bucks and you were mad because I didn't call you about it? Well I am calling you now because there's this new company and it just signed some new deal and it's gonna make some big announcement this week. Anyway, the stock symbol is CRLU and he said its cheap now like a buck and it's gonna take off this week so get as much as you can. Anyway, call me on my cell I'm still in New York. It's          and my dad and I going a bunch, buying a bunch, and I called Donna and Bruce too. Anyway, miss you. Call me or email me. Bye.

12. Transcript for Audio File "06.wav"- MHPD

Hey Heather, it's Donna. I can't find that number that you gave me but Paula says this was your new one, I hope I called the right one. Anyway, remember Devin that hot stock exchange guy I am dating? He gave my dad that stock tip last week on SGNJ? Anyway its gone from eighty (80) cents to like two (2) bucks yesterday and I know you were mad because I didn't call you and give it to you, well I'm calling you now about this new company. Its got some on-line medical deal or something and its gonna have an IPO whatever that is, anyway, the stock symbol is MPHD. He said its cheap now like fifty (50) cents but it's gonna take off this week so get as much as you can. Um, give me a call on my cell phone, I'm still in Manhattan. Its              and my dad and I are going to be buying a bunch and I called Steve and Laura too. Anyways, I miss you so give me a call or email me ok. Bye.

Anna Boling knew that Roderic Boling was aware that she was recording these voicemail messages, and that he knew the substance of these recordings. Roderic Boling gave Anna Boling discretion to change the name of persons that were to be used in each of these messages, and she

11

utilized that discretion. Anna Boling used a fictitious name in each of the hoax voicemails and falsely represented her own cellular phone number on each of the messages. Instead of being her own cellular phone number, Anna Boling knew the cellular phone numbers she recorded in the hoax voicemails were to throw away, pre-paid phones that were possessed by other persons, and Anna Boling set up a voicemail to these numbers using the same fake name she used for herself in the hoax voicemails. Anna Boling understood that Jeffrey Mills had examined or seen one or more of the scripts for one or more of her messages before she "dropped" a message on the TBC system. During the promotion period Anna Boling understood that Jeffrey Mills and Roderic Boling knew about the cellular phone number that she had used in the voicemails, and they or other persons involved in the stock promotion were monitoring the call volume on the throw away phone number she had recorded in the voicemail message. At the time that Anna Boling recorded these stock voicemail messages, she:

(1) was not dating any person outside of her marriage, and did not know any "hot stock exchange guy";

(2) did not have any conversations with any "hot stock exchange guy" about the stocks mentioned in the voicemails and never received secret information from any such person about a stock she was touting;

(3) had not purchased the stock in any of companies she mentioned in the voicemails;

(4) knew her father and friends had never purchased any stock in companies that she mentioned in these voicemails;

(5) understood that the messages she was recording were intentional mass telemarketing messages that were designed to be sent to hundreds of thousands of people, rather than a singular errant message meant for a friend whose number she had lost;

(6) understood that her voicemails would increase the stock trading volume and stock price of the publicly traded companies she mentioned in the voicemails;

12

(7)  knew the purpose of the false representations in the voicemails was to have investors believe that the voicemail was a errant phone call (not a telemarketing call) and induce the investor to purchase the stock mentioned in the voicemails;

(8)  was aware that persons involved in the promotion were selling stock while her voicemails were being distributed to the public, and that they hoped to profit by her voicemails driving the price of the stock higher;

(9)  was aware that the stock price of at least one or more of companies that she mentioned in the voicemails was increasing in price after she had dropped the voicemail for distribution; and

(10) knew that Roderic Boling would be monetarily compensated for distributing the voicemails for Jeffrey Mills and/or others.

### Post Investigation Conduct

On August 19, 2004, the Securities and Exchange Commission announced an Investor Alert which warned the investing public of fraudulent voicemails being distributed around the country. The Investor Alert received substantial television and press coverage that included recordings of one or more of the voicemails that Anna Boling recorded for Roderic Boling and Jeffrey Mills. Subsequent to the initiation of the SEC investor alert, a Grand Jury in Washington, D.C. began investigating the hoax voicemails that were distributed by Anna Boling, Roderic Boling, and Jeffrey Mills, among others.

On or about December 22, 2005, the Grand Jury subpoenaed Anna Boling's sister, "J.A.," and Anna Boling's mother, "S.A.," to testify before the Grand Jury. Anna Boling learned of the subpoenas and contacted her sister and mother prior to their appearance before the Grand Jury. Knowing that her sister and mother were going to be called as witnesses before the Grand Jury, in an effort to conceal Roderic Boling's involvement in the activities listed above, Anna Boling falsely told her sister and her mother that she had not record any stock voicemail messages. Anna Boling intended the false statements she made to her sister and mother to be

repeated in the Grand Jury, and she hoped they would insulate her and Roderic Boling from further investigation. In an effort to conceal Roderic Boling's involvement in the activities listed above, as well as her own, Anna Boling subsequently played for her mother and sister at her home a recording from the SEC website. The recording was a copy of one of the hoax voicemails that she had recorded in July or August 2004. Anna Boling believed that her mother and sister may be questioned by the Grand Jury about whether they could recognize her voice on the hoax voicemail messages, and she questioned her mother and sister about the recording. As she questioned her sister and mother about the recording she specifically avoided acknowledging that it was her voice on the message. J.A. and S.A. did in fact testify before the Grand Jury in early 2006, and they repeated the false statements made by Anna Boling that she did not have anything to do with recording the stock voicemails.

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11 and 28 U.S.C. § 1746, after consulting with my attorney, Leslie McAdoo, I agree and stipulate to this Statement of Offense, and admit and declare under penalties of perjury that the facts recited within this Statement of Offense are true and correct.

Date: 7/3/07

_____
Anna Boling
Defendant

I have discussed this Statement of Offense with my client, Anna A. Boling. I concur with his decision to stipulate to this Statement of Offense.

Date: 7/03/07

_____
LESLIE MCADOO, ESQUIRE
Attorney for the Defendant

14