SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-228 (ESH) |
| v. | : | |
| JEFFREY S. MILLS | : | **FILED** |
| Defendant. | : | JUL 0 3 2007 |
| | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant JEFFREY S. MILLS agrees and stipulates as follows:

I.  **Introduction**

From in or about July 2004, through in or about August 2004, defendant JEFFREY S. MILLS unlawfully, willfully and knowingly conspired with RODERIC BOLING, "M.H." and others to commit the offense of Securities Fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff, and 17 C.F.R. 240.10b-5, and Wire Fraud in violation of 18 U.S.C. § 1343, and did willfully commit securities fraud by engaging in a scheme to artificially inflate the market price and market demand of the following companies, and to fraudulently induce investors to purchase shares of common stock of the following companies: Maui General Store, Inc. ("MAUG"), Innovative Food Holdings, Inc. ("IVFH"), Power3 Medical Products, Inc. ("PWRM"), Donini, Inc. ("DNNI"), and 5G Wireless Communications, Inc. ("FGWC").

Defendant JEFFREY MILLS, Roderic Boling, "M.H.," and others caused the Telephone Broadcast Company to broadcast fraudulent hoax voicemail messages containing the voice of Anna boling to voicemail systems and answering machines throughout the United States, including within the District of Columbia. The fraudulent voicemail messages were designed to

deceive prospective investors into believing they had inadvertently received a confidential stock tip intended for the close friend of the person leaving the voicemail message on their voicemail systems/answering machines. Defendant JEFFREY S. MILLS, and Roderic Boling together designed and created the scripts for the fraudulent hoax voicemail messages with the intent of fraudulently inducing prospective investors, with material misrepresentations and deceptions, into purchasing the securities touted in the voicemails at inflated prices.

Defendant JEFFREY S. MILLS and Roderic Boling understood during the period of the voicemail promotions that as they promoted the stocks with fraudulent voicemails, people, who had hired them to promote the touted securities, would sell stock into the market at inflated prices. Indeed, JEFFREY MILLS himself sold more than 220,000 shares of Innovative Food Holdings, Inc. ("IVFH") stock into the market during the time period that MILLS, Boling and others caused fraudulent hoax voicemail messages touting IVFH stock to be distributed to tens of thousands of prospective investors throughout the United States. MILLS had received 250,000 shares of IVFH stock as payment for doing a stock promotion campaign, and understood as he caused 220,000 IVFH shares to be sold into the market that investors were being fraudulently induced to purchase IVFH stock by fraudulent hoax voicemails which contained materially false and deceptive representations. Similarly, during the conspiracy MILLS received approximately $25,233 in proceeds from the sale of Maui General Store, Inc. ("MAUG") stock during the time period that investors were being fraudulently induced to purchase MAUG stock by the fraudulent hoax voicemails that MILLS, Roderic Boling, Anna Boling and others caused to be distributed.

MILLS recruited and hired RODERIC BOLING to participate in the scheme and conspiracy, and gave Roderic Boling a bag of cash at a Mississippi casino, which MILLS

received from "M.H.," to compensate Roderic Boling, Anna Boling, and Michael O'Grady for their efforts in causing the distribution of fraudulent hoax voicemails. MILLS was an organizer, manager, leader and supervisor of the criminal activity relating to the involvement of Roderic Boling.

## II.    Relevant persons and entities

Defendant Jeffrey S. Mills was a stock promoter who resided in Longwood, Florida. Mills was the President of Direct Results of Sweetwater LLC.

Roderic L. Boling resided in Altamonte Springs, Florida, and had significant experience arranging telemarketing promotions in which prerecorded messages were distributed to persons throughout the United States. BOLING was the President of Water Equipment Technologies of Central Florida.

Anna Boling resided in Altamonte Springs, Florida with her husband RODERIC L. BOLING.

Michael O'Grady was the co-owner and President of Telephone Broadcast Company, LLC.

Telephone Broadcast Company, LLC, and its affiliate Telephony Leasing Corporation LLC, were privately held companies incorporated under the laws of the State of Georgia with their principal place of business located in Augusta, Georgia (collectively "TBC"). TBC was in the business of broadcasting recorded telemarketing messages over the interstate telephone lines to millions of households for its clients. TBC was paid by clients to make automated calls to telephone numbers throughout the United States and to play prerecorded messages when the telephone calls were answered by individuals, answering machines or voice mail systems.

3

Domini, Inc. ("DNNI") was a pizzeria franchise management company incorporated under the laws of the State of New Jersey with its principal place of business in Montreal, Canada. DNNI's common stock was quoted under the symbol DNNI on the OTC Bulletin Board, an electronic price quotation system primarily used for the trading of the securities of over-the-counter securities corporations that do not meet the listing requirements of a national securities exchange.

5G Wireless Communications, Inc. ("FGWC") was a wireless broadband retailer incorporated under the laws of the State of Nevada with its principal place of business in Marina Del Ray, California. FGWC's common stock was quoted under the symbol FGWC on the OTC Bulletin Board.

Innovative Food Holdings, Inc. ("IVFH") was a restaurant supply distributor incorporated under the laws of the State of Florida with its principal place of business in Naples, Florida. IVFH's commons stock was quoted under the symbol IVFH in the pink sheets.

Maui General Store, Inc. ("MAUG") was an internet and mail order catalog retailer incorporated under the laws of the State of New York with its principal place of business in Hana, Hawaii. MAUG's common stock was quoted under the symbol "MAUG" on the OTC Bulletin Board.

Power3 Medical Products, Inc., ("PWRM") was a specialty healthcare and biotechnology holding company incorporated under the laws of the State of New York with its principal place of business in the Woodlands, Texas. PWRM's securities were registered with the Securities and Exchange Commission, and were quoted under the symbol PWRM on the OTC Bulletin Board.

4

### III. Background information on TBC's operations and records

Clients of TBC utilized a 1-800 telephone number to contact TBC to leave or "drop" pre-recorded messages on TBC's one box system for distribution to telephone subscribers throughout the United States that were identified on lists clients either provided or purchased from TBC. After a message was left on the one box system for distribution, a TBC technician would set up and activate the TBC computers to run the telemarketing campaign. The TBC computers would make automated calls to designated telephone numbers throughout the United States and play the prerecorded message when the calls were answered.

### IV. The fraudulent voicemail stock promotion campaigns.

In or about July 2004 and August 2004, JEFFREY MILLS agreed, in return for promises of stock and or cash compensation, to promote the securities of MAUG, IVFH, PWRM, FGWC and DNNI. "M.H." hired MILLS to distribute fraudulent hoax voicemails to hundreds of thousands of prospective investors in order to fraudulently promote the stock of PWRM. "M.H." hired MILLS to fraudulently promote the stock of PWRM so that entities, which he and others working with him controlled, could sell hundreds of thousands of shares of PWRM stock in the market at inflated prices.

Defendant JEFFREY MILLS enlisted defendant RODERIC BOLING to work with him to utilize fraudulent voicemails to promote the securities of MAUG, IVFH, PWRM, FGWC and DNNI by fraudulently inducing members of the investing public, with materially false representations, to purchase the aforementioned securities at inflated prices. MILLS was the person who decided to promote the securities of MAUG, IVFH, PWRM, FGWC and DNNI, and directed Roderic Boling to take the actions necessary to accomplish the fraudulent promotions of

5

MAUG, IVFH, PWRM, FGWC and DNNI stock. MILLS and Roderic Boling understood that persons who had hired them to do the stock promotions planned to sell large amounts of stock into the market during the time period that Mills and BOLING were going to promote the stocks with fraudulent voicemails.

On or before July 24, 2004, defendant JEFFREY MILLS and Roderic Boling worked together to create the script for the following fraudulent voicemail message they intended to use to fraudulently induce people to purchase MAUG stock at inflated prices:

> Hey Tracy, its Debbie, I couldn't find your old number and Tammy said this was your new one, I hope it's the right one. Anyway, remember Evan that hot stock exchange guy I'm dating? He gave my dad that stock tip on WLSF and it went from under a buck to like three (3) bucks in two weeks and you were mad I didn't call you. Well, I am calling you now. This new company is supposed to be like the next Tommy Bahama, and they're making some big news announcement this week. The stock symbol is MAUG. He said it's cheap now like 50 cents...I'm sorry I am eating cause I'm starving. Its fifty (50) cents now and it is going up to like five (5) or six (6) bucks this week, so get as much as you can. Call me on my cell, I am still in Orlando    and dad and I are buying a bunch tomorrow and I already called Kelly and Ron too. Anyways, I miss you give me a call. Bye.

When MILLS and Boling created the script for the voicemail above, MILLS knew that the message contained materially false statements and representations, and that the voicemail was materially deceptive. MILLS instructed Roderic Boling to have someone use her voice to create the above MAUG voicemail message, and have it distributed. Thereafter, Roderic Boling asked his wife Anna Boling to call the toll free number for the TBC onebox system, and leave the message set forth above. Defendant JEFFREY MILLS, Roderic Boling and Anna Boling caused the above message to be distributed to the answering machines and voicemail systems of tens of thousands of persons in the United States during the period of in or about July 25, 2004 through

August 17, 2004.

Prior to the distribution of the MAUG voicemails, defendant MILLS purchased a prepaid wireless cellular telephone with assigned telephone number          . Defendant MILLS understood that the person who recorded the fraudulent MAUG voicemail would set up the voicemail system for cell phone number (        ) so that the outgoing message for the voicemail would be in the same voice and use the name that had been used in the recording of the fraudulent MAUG voicemail. Anna Boling set up the voicemail for cell phone number

During the fraudulent MAUG voicemail campaign, thousands of people who received the fraudulent MAUG voicemails called the cellular telephone number (        ), and heard Anna Boling's outgoing message.

On or before August 6, 2004, defendant JEFFREY MILLS and Roderic Boling worked together to create the script for the following fraudulent voicemail message they intended to use to fraudulently induce people to purchase IVFH stock at inflated prices:

> Hey Pam, it's Renee. Um, I lost your old number and Tammy said this was your new one. I hope it's the right one. Anyway, remember Seth, that hot stock exchange guy I'm dating? And remember when he gave my dad that stock tip in June on SMSI and it went from a buck to like five (5) bucks in two (2) weeks and you were mad because I didn't call you about it? Well, I'm calling you now. There's this new company that just signed a big food deal with Emeril, you know the TV chef, and they're making a big announcement this week. Anyway, the stock symbol is IVFH. He said its cheap now, like twenty five (25) cents, but after this weekend it's going to be taking off, so get as much as you can. Call me on my cell phone ok? I'm still in Orlando, its         And, uh, my dad and I are gonna be buying a bunch and I called Kelly and Ron, too. Anyways, give me a call. I miss you. Bye.

When MILLS and Boling created the script for the IVFH voicemail above, MILLS knew that the message contained materially false statements and representations, and that the voicemail was

7

materially deceptive. MILLS instructed Roderic Boling to have someone use her voice to create the above IVFH voicemail message and have it distributed. Thereafter, Roderic Boling asked his wife Anna Boling to call the toll free number for the TBC onebox system, and leave the message set forth above. Defendant JEFFREY MILLS, Roderic Boling and Anna Boling caused the above IVFH message to be distributed to the answering machines and voicemail systems of tens of thousands of persons in the United States during the period of in or about August 6, 2004 through August 17, 2004.

Prior to the distribution of the IVFH voicemails, defendant MILLS purchased a prepaid wireless cellular telephone with assigned telephone number (          ,           MILLS understood that the person who recorded the fraudulent IVFH voicemail would set up the voicemail system for cell phone number (                    ) so that the outgoing message for the voicemail would be in the same voice and use the name that had been used in the recording of the fraudulent IVFH voicemail. Anna Boling set up the voicemail for cell phone number            During the fraudulent IVFH voicemail campaign, thousands of people who received the fraudulent IVFH voicemails called the cellular telephone number (       ,         , heard Anna Boling's outgoing message.

On or before August 11, 2004, defendant MILLS and Roderic Boling worked together to create the scripts for the following fraudulent voicemail messages they intended to use to fraudulently induce people to purchase PWRM, DNNI and FGWC stock at inflated prices:

> Hey Steph, its Wendy. I looked for you old number and I couldn't find it but
> Brandy says this is your new one. I hope it's the right one. Anyway, remember
> Evan, that hot stock exchange guy I'm dating, he gave my dad that stock tip in
> June on SMSI and it went from a buck to like five (5) bucks in two (2) weeks and
> you were mad because I didn't call you? Well, I'm calling you now. There's this

8

new company that supposedly developed some zillion dollar cancer test thing and it's going to go up big this week, some patent thing, whatever that is. Anyway, the stock symbol is PWRM, and he says it gonna open cheap, like two dollars and fifty cents. I'm sorry, I'm eating 'cause I'm starving. It's two (2) dollars and fifty (50) cents now and it's going to take off after this weekend so get as much as you can. Call me on my cell phone, okay. I'm still in New York. Um, my dad and I are going to be buying a bunch tomorrow and the only people I told is Sam and Ellen, its kind of a secret. Okay, so give me a call or email me. I love you. Bye.

Hey Patty, its Lisa, um, I can't find that number you gave me and I asked Jessica she said this was your new one so I hope it's the right one. Anyway, remember Matt, that hot stock exchange guy I'm dating, remember when he gave my dad that stock tip in June on SMSI and it went from a buck to like to five (5) bucks in two (2) weeks. You were mad cause I didn't call you about it, well, I'm calling you now cause there's this new company, its some wireless internet provider, whatever that is, and someone may be trying to buy it or sell it; it's kind of confusing. But, anyway, its going up big this week, some big internet deal, and the stock symbol is FGWC. He said its open cheap, under ten (10) cents. Sorry, I'm eating 'cause I'm starving. Anyways, it's under ten (10) cents now, but it's going up to a buck or so, so get as much as you can. Give me a call on my cell, I'm still in New York. Um, my dad and me are going to be buying a bunch, and I only told Sam and Ellen about it, besides you now, because its kind of a secret. Anyways, call me or e-mail me. Love you, bye.

Hey Jen, its Tara. Um, I couldn't find that number you gave me and Sandy said this was your new one so I hope it's the right one. Anyway, remember Chet that hot stock exchange guy I'm dating? Remember when he gave my dad that stock tip in June on SMSI and it went from a buck to like five (5) bucks in two (2) weeks and you were mad because I didn't call you about it? Well I'm calling you now because there's this new company that's supposed to be like the next Carrabba's and its going up big this week. Some big food deal. Anyways the stock symbol is DNNI and he said its opened cheap like twenty (20) cents. I'm sorry I'm, I'm eating. I'm starving right now. Its twenty (20) cents and its going up to a couple of bucks or something so get as much as you can. Call me on my cell. I'm still in New York. Um, my dad and I are going to be buying a bunch tomorrow and I only told Sam and Ellen about it because its kind of a secret. Anyways call me or email me. Love you. Bye.

When MILLS and Boling created the scripts for the PWRM, FGWC, and DNNI voicemails above, MILLS knew that the messages contained materially false statements and representations, and that the voicemails were materially deceptive. MILLS instructed Roderic Boling to have

9

someone use her voice to create the above PWRM, DNNI, and FGWC voicemail messages, and have them distributed. Thereafter, Roderic Boling asked his wife Anna Boling to call the toll free number for the TBC onebox system, and leave the messages set forth above. Defendant JEFFREY MILLS, Roderic Boling and Anna Boling caused the above PWRM, FGWC and DNNI messages to be distributed to the answering machines and voicemail systems of tens of thousands of persons in the United States during the period of in or about August 11, 2004 through August 17, 2004. Defendant BOLING, Jeffrey Mills, and Anna Boling caused TBC to distribute the message above concerning PWRM over the interstate telephone lines from Dallas, Texas to the following persons in the District of Columbia on or about August 16, 2004: "N.A.," "F.B.," "L.M.," "L.P.," "J.J.," "B.C.," "T.S.," "D.G.," "W.W.," "L.B.," and "A.B."

On or about August 19, 2004, the United States Securities and Exchange Commission issued an investor alert designed to warn Americans about a new stock manipulation scam sweeping the country: answering machine wrong number stock touts. The SEC investor alert described the voice mails being sent to investors disguised as misdirected voice mails.

### V.   JEFFREY MILLS RECEIVES BAG OF CASH FROM "M.H.," AND GIVES BAG OF CASH TO RODERIC BOLING

On or before August 30, 2004, Roderic Boling informed Michael O'Grady that he was meeting someone in Gulfport, MS to receive payment for the voicemail stock promotion campaign because his customer was driving from Houston, TX. O'Grady offered to fly Boling to Gulfport, MS. On August 31, 2004, O'Grady flew in a private plane to Sanford, Florida to pick up Roderic Boling. When O'Grady arrived in Sanford, Florida, he met Roderic Boling and JEFFREY MILLS at the airport. Roderic Boling explained to O'Grady that JEFFREY MILLS

10

would get paid in Gulfport and thereafter pay Boling.

JEFFREY MILLS, Roderic Boling, and O'Grady flew in the plane to Gulfport, Mississippi, and went to a Casino. Roderic Boling and O'Grady thereafter began playing blackjack. Defendant JEFFREY MILLS left Boling and O'Grady to meet with "M.H." in the parking lot of the casino to receive payment for the fraudulent voicemail campaign relating to PWRM stock. Before meeting with "M.H.," MILLS purchased a blue duffel bag from the Casino gift shop to use to carry the cash he understood "M.H." would pay him. MILLS met with "M.H." in the casino parking lot, and "M.H." gave him approximately $100,000 in cash which MILLS placed in the blue duffel bag. MILLS returned to the Casino and found Roderic Boling and Michael O'Grady. MILLS gave Boling the blue duffel bag with the cash he had received from "M.H." After Jeffrey Mills gave the bag to Roderic Boling, Boling pulled $10,000 cash out of the bag and gave it to O'Grady. Roderic Boling gambled and dipped into the bag at various times to obtain additional cash with which to gamble. Boling eventually gave O'Grady several thousand dollars worth of chips and left with the blue bag to retire for the evening. The next morning O'Grady met Roderic Boling at the hotel room Boling and Jeffrey Mills shared. Boling gave O'Grady some additional cash, and kept the remaining cash for himself.

After Postal Inspectors searched Jeffrey Mills' home in September 2004, MILLS, Boling, "J.K.," and others purchased pre-paid wireless phones so that they could communicate secretly.

11

Defendant JEFFREY S. MILLS acknowledges and agrees that his criminal conduct involved more than $1,000,000 of intended loss.

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11 and 28 U.S.C. § 1746, after consulting with my attorney, Robert O. Switzer, Esq., I agree and stipulate to this Statement of Offense, and admit and declare under penalties of perjury that the facts recited within this Statement of Offense are true and correct.

Date: 7-3-07

_____
Jeffrey S. Mills
Defendant

I have discussed this Statement of Offense with my client, Jeffrey S. Mills. I concur with his decision to stipulate to this Statement of Offense.

Date: 7-3-07

_____
Robert O. Switzer, Esquire
Attorney for the Defendant