SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 06-228 (ESH) |
| v. : | **FILED** |
| RODERIC L. BOLING : | JUL 0 3 2007 |
| Defendant. : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant RODERIC L. BOLING agrees and stipulates as follows:

**I.    Introduction**

From in or about July 2004, through in or about August 2004, defendant RODERIC L. BOLING unlawfully, willfully and knowingly conspired with Jeffrey S. Mills and others to commit the offense of Securities Fraud in violation of 15 U.S.C. §§ 78j(b) and 78ff, and 17 C.F.R. 240.10b-5, and did willfully commit securities fraud by engaging in a scheme to artificially inflate the market price and market demand of the following companies, and to fraudulently induce investors to purchase shares of common stock of the following companies: Maui General Store, Inc. ("MAUG"), Innovative Food Holdings, Inc. ("IVFH"), Power3 Medical Products, Inc. ("PWRM"), Donini, Inc. ("DNNI"), and 5G Wireless Communications, Inc. ("FGWC"). Defendant RODERIC BOLING, Jeffrey S. Mills and others caused the Telephone Broadcast Company to broadcast fraudulent hoax voicemails messages containing the voice of Anna boling to voicemail systems and answering machines throughout the United States, including within the District of Columbia. The fraudulent voicemail messages were designed to deceive prospective investors into believing they had inadvertently received a confidential stock

tip intended for the close friend of the person leaving the voicemail message on their voicemail/answering machines. Defendant RODERIC BOLING and Jeffrey S. Mills designed and created the scripts for the messages together with the intent of fraudulently inducing prospective investors into purchasing the securities touted in the voicemails at inflated prices. Defendant RODERIC BOLING and Jeffrey Mills understood during the period of the voicemail promotions that as they promoted the stocks with fraudulent voicemails, people, who had hired them to promote the touted securities, would sell stock into the market at inflated prices. RODERIC BOLING received a cash payment for his role in the conspiracy and the securities fraud scheme, and understood that this cash payment originated from a co-conspirator who had received profits from selling PWRM stock into the market during the period in which fraudulent voicemails were used to induce people to buy PWRM stock.

## II.    Relevant persons and entities

Defendant RODERIC L. BOLING resided in Altamonte Springs, Florida, and had significant experience arranging telemarketing promotions in which prerecorded messages were distributed to persons throughout the United States. BOLING was the President of Water Equipment Technologies of Central Florida.

Anna Boling resided in Altamonte Springs, Florida with her husband RODERIC L. BOLING.

Jeffrey S. Mills was a stock promoter who resided in Longwood, Florida. Mills was the President of Direct Results of Sweetwater LLC.

Michael O'Grady was the co-owner and President of Telephone Broadcast Company, LLC.

Telephone Broadcast Company, LLC, and its affiliate Telephony Leasing Corporation LLC, were privately held companies incorporated under the laws of the State of Georgia with their principal place of business located in Augusta, Georgia (collectively "TBC"). TBC was in the business of broadcasting recorded telemarketing messages over the interstate telephone lines to millions of households for its clients. TBC was paid by clients to make automated calls to telephone numbers throughout the United States and to play prerecorded messages when the telephone calls were answered by individuals, answering machines or voice mail systems.

American Multiplexer Corp. ("AMUT") was a data distribution and compression provider incorporated under the laws of the State of North Carolina with its principal place of business in Sunnyvale, California. AMUT's common stock was quoted in the Pink Sheets, a price quotation system primarily used for the trading of the securities of small corporations that do not meet the minimum listing requirements of a national securities exchange. AMUT was quoted under the stock symbol AMUT until December 20, 2004, when the SEC revoked the registration of AMUT's securities pursuant to Section 12(j) of the Securities Exchange Act of 1934.

Donini, Inc. ("DNNI") was a pizzeria franchise management company incorporated under the laws of the State of New Jersey with its principal place of business in Montreal, Canada. DNNI's common stock was quoted under the symbol DNNI on the OTC Bulletin Board, an electronic price quotation system primarily used for the trading of the securities of over-the-counter securities corporations that do not meet the listing requirements of a national securities exchange.

5G Wireless Communications, Inc. ("FGWC") was a wireless broadband retailer incorporated under the laws of the State of Nevada with its principal place of business in Marina Del Ray, California. FGWC's common stock was quoted under the symbol FGWC on the OTC Bulletin Board.

Innovative Food Holdings, Inc. ("IVFH") was a restaurant supply distributor incorporated under the laws of the State of Florida with its principal place of business in Naples, Florida. IVFH's commons stock was quoted under the symbol IVFH in the pink sheets.

Maui General Store, Inc. ("MAUG") was an internet and mail order catalog retailer incorporated under the laws of the State of New York with its principal place of business in Hana, Hawaii. MAUG's common stock was quoted under the symbol "MAUG" on the OTC Bulletin Board.

Power3 Medical Products, Inc., ("PWRM") was a specialty healthcare and biotechnology holding company incorporated under the laws of the State of New York with its principal place of business in the Woodlands, Texas. PWRM's securities were registered with the Securities and Exchange Commission, and were quoted under the symbol PWRM on the OTC Bulletin Board.

Twister Networks, Inc. ("TWTN") was a Voiceover Internet Protocol communications company incorporated under the laws of the State of Nevada with its principal place of business in Los Angeles, California. TWTN's commons stock was quoted under the symbol TWTN in the Pink Sheets.

### III. Background information on TBC's operations and records

Clients of TBC utilized a 1-800 telephone number to contact TBC to leave or "drop" pre-recorded messages on TBC's one box system for distribution to telephone subscribers throughout

4

the United States that were identified on lists clients either provided or purchased from TBC. After a message was left on the one box system for distribution, a TBC technician would set up and activate the TBC computers to run the telemarketing campaign. The TBC computers would make automated calls to designated telephone numbers throughout the United States and play the prerecorded message when the calls were answered.

**IV.     The fraudulent voicemail stock promotion campaigns.**

In or about July 2004 and August 2004, Jeffrey Mills agreed, in return for promises of stock and or cash compensation, to promote the securities of MAUG, IVFH, PWRM, FGWC and DNNI. Jeffrey Mills enlisted defendant RODERIC BOLING to work with him to utilize fraudulent voicemails to promote the securities of MAUG, IVFH, PWRM, FGWC and DNNI by fraudulently inducing members of the investing public to purchase the aforementioned securities at inflated prices. BOLING understood that persons, who had hired Mills to do the stock promotions, planned to sell large amounts of stock into the market during the time period that Mills and BOLING were going to promote the stocks with fraudulent voicemails.

In or about July 2004, RODERIC BOLING contacted Michael O'Grady about a voicemail message telemarketing campaign for Jeffrey Mills. Through numerous interstate telephone calls, BOLING gave O'Grady special instructions with regard to this stock promotion campaign. BOLING instructed O'Grady: (1) to keep knowledge of the campaign by TBC employees to a minimum; (2) that all orders for the campaign would be done over the telephone; (3) e-mails and written reports should not be utilized; (4) that the campaign should be structured so that the pre-recorded message would only be played if an answering machine or a voicemail system answered the call, and (5) that no telephone number should be dialed twice during the

5

campaign. BOLING promised to pay O'Grady for the telemarketing campaign completely in cash. TBC agreed to do the voicemail message telemarketing campaign for BOLING and Water Equipment Technologies.

On or before July 24, 2004, defendant BOLING and Jeffrey Mills worked together to create the script for the following fraudulent voicemail message they intended to use to fraudulently induce people to purchase MAUG stock at inflated prices:

> Hey Tracy, its Debbie, I couldn't find your old number and Tammy said this was your new one, I hope it's the right one. Anyway, remember Evan that hot stock exchange guy I'm dating? He gave my dad that stock tip on WLSF and it went from under a buck to like three (3) bucks in two weeks and you were mad I didn't call you. Well, I am calling you now. This new company is supposed to be like the next Tommy Bahama, and they're making some big news announcement this week. The stock symbol is MAUG. He said it's cheap now like 50 cents. . .I'm sorry I am eating cause I'm starving. Its fifty (50) cents now and it is going up to like five (5) or six (6) bucks this week, so get as much as you can. Call me on my cell, I am still in Orlando         and dad and I are buying a bunch tomorrow and I already called Kelly and Ron too. Anyways, I miss you give me a call. Bye.

When Mills and BOLING created the script for the voicemail above, BOLING knew that the message contained materially false statements and representations. Defendant BOLING instructed his wife Anna Boling to call the toll free number for the TBC onebox system and leave the message set forth above. Defendant BOLING, Jeffrey Mills and Anna Boling caused the above message to be distributed to the answering machines and voicemail systems of tens of thousands of persons in the United States during the period of in or about July 25, 2004 through August 17, 2004.

On or before August 6, 2004, defendant BOLING and Jeffrey Mills worked together to create the script for the following fraudulent voicemail message they intended to use to

6

fraudulently induce people to purchase IVFH stock at inflated prices:

> Hey Pam, it's Renee. Um, I lost your old number and Tammy said this was your new one. I hope it's the right one. Anyway, remember Seth, that hot stock exchange guy I'm dating? And remember when he gave my dad that stock tip in June on SMSI and it went from a buck to like five (5) bucks in two (2) weeks and you were mad because I didn't call you about it? Well, I'm calling you now. There's this new company that just signed a big food deal with Emeril, you know the TV chef, and they're making a big announcement this week. Anyway, the stock symbol is IVFH. He said its cheap now, like twenty five (25) cents, but after this weekend it's going to be taking off, so get as much as you can. Call me on my cell phone ok? I'm still in Orlando, its              . And, uh, my dad and I are gonna be buying a bunch and I called Kelly and Ron, too. Anyways, give me a call. I miss you. Bye.

When Mills and BOLING created the script for the voicemail above, BOLING knew that the message contained materially false statements and representations. Defendant BOLING instructed his wife Anna Boling to call the toll free number for the TBC onebox system and leave the message set forth above. Defendant BOLING, Jeffrey Mills and Anna Boling caused the above message to be distributed to the answering machines and voicemail systems of tens of thousands of persons in the United States during the period of in or about August 6, 2004 through August 17, 2004.

On or before August 11, 2004, defendant BOLING and Jeffrey Mills worked together to create the scripts for the following fraudulent voicemail messages they intended to use to fraudulently induce people to purchase PWRM, DNNI and FGWC stock at inflated prices:

> Hey Steph, its Wendy. I looked for you old number and I couldn't find it but Brandy says this is your new one. I hope it's the right one. Anyway, remember Evan, that hot stock exchange guy I'm dating, he gave my dad that stock tip in June on SMSI and it went from a buck to like five (5) bucks in two (2) weeks and you were mad because I didn't call you? Well, I'm calling you now. There's this new company that supposedly developed some zillion dollar cancer test thing and it's going to go up big this week, some patent thing, whatever that is. Anyway, the stock symbol is PWRM, and he says it gonna open cheap, like two dollars and

7

fifty cents. I'm sorry, I'm eating 'cause I'm starving. It's two (2) dollars and fifty (50) cents now and it's going to take off after this weekend so get as much as you can. Call me on my cell phone, okay. I'm still in New York. Um, my dad and I are going to be buying a bunch tomorrow and the only people I told is Sam and Ellen, its kind of a secret. Okay, so give me a call or email me. I love you. Bye.

Hey Patty, its Lisa, um, I can't find that number you gave me and I asked Jessica she said this was your new one so I hope it's the right one. Anyway, remember Matt, that hot stock exchange guy I'm dating, remember when he gave my dad that stock tip in June on SMSI and it went from a buck to like to five (5) bucks in two (2) weeks. You were mad cause I didn't call you about it, well, I'm calling you now cause there's this new company, its some wireless internet provider, whatever that is, and someone may be trying to buy it or sell it; it's kind of confusing. But, anyway, its going up big this week, some big internet deal, and the stock symbol is FGWC. He said its open cheap, under ten (10) cents. Sorry, I'm eating 'cause I'm starving. Anyways, it's under ten (10) cents now, but it's going up to a buck or so, so get as much as you can. Give me a call on my cell, I'm still in New York. Um, my dad and me are going to be buying a bunch, and I only told Sam and Ellen about it, besides you now, because its kind of a secret. Anyways, call me or e-mail me. Love you, bye.

Hey Jen, its Tara. Um, I couldn't find that number you gave me and Sandy said this was your new one so I hope it's the right one. Anyway, remember Chet that hot stock exchange guy I'm dating? Remember when he gave my dad that stock tip in June on SMSI and it went from a buck to like five (5) bucks in two (2) weeks and you were mad because I didn't call you about it? Well I'm calling you now because there's this new company that's supposed to be like the next Carrabba's and its going up big this week. Some big food deal. Anyways the stock symbol is DNNI and he said its opened cheap like twenty (20) cents. I'm sorry I'm, I'm eating. I'm starving right now. Its twenty (20) cents and its going up to a couple of bucks or something so get as much as you can. Call me on my cell. I'm still in New York. Um, my dad and I are going to be buying a bunch tomorrow and I only told Sam and Ellen about it because its kind of a secret. Anyways call me or email me. Love you. Bye.

When Mills and BOLING created the scripts for the voicemails above, BOLING knew that the messages contained materially false statements and representations. Defendant BOLING instructed his wife Anna Boling to call the toll free number for the TBC onebox system and leave the messages set forth above. Defendant BOLING, Jeffrey Mills and Anna Boling caused the

8

above messages to be distributed to the answering machines and voicemail systems of tens of thousands of persons in the United States during the period of in or about August 11, 2004 through August 17, 2004. Defendant BOLING, Jeffrey Mills, and Anna Boling caused TBC to distribute the message above concerning PWRM over the interstate telephone lines from Dallas, Texas to the following persons in the District of Columbia on or about August 16, 2004: "N.A.," "F.B.," "L.M.," "L.P.," "J.J.," "B.C.," "T.S.," "D.G.," "W.W.," "L.B.," and "A.B."

On or about August 17, 2004 and August 18, 2004, Mills and BOLING caused the distribution of additional fraudulent voicemails which touted the stock of AMUT, PWRM and TWTN. Similarly, on or about August 13, 2004, Mills and BOLING caused the distribution of additional fraudulent voicemails which touted the securities of Medical Home Products, Inc., and Cirilium Holdings, Inc. BOLING knew that each of these voicemail messages contained materially false statements and representations.

On or about August 19, 2004, the United States Securities and Exchange Commission issued an investor alert designed to warn Americans about a new stock manipulation scam sweeping the country: answering machine wrong number stock touts. The SEC investor alert described the voice mails being sent to investors disguised as misdirected voice mails.

V. **RODERIC BOLING RECEIVES BAG OF CASH FROM JEFFREY MILLS FROM WHICH HE PAYS O'GRADY**

On or before August 30, 2004, defendant RODERIC BOLING informed O'Grady that he was meeting someone in Gulfport, MS to receive payment for the voicemail stock promotion campaign because his customer was driving from Houston, TX. O'Grady offered to fly BOLING to Gulfport, MS. Mills had informed Boling that "MH" one of the people who hired him to do

9

the PWRM voicemail promotion would meet them in Gulfport, Mississippi to pay them for the PWRM voicemail campaign. On August 31, 2004, O'Grady flew in a private plane to Sanford, Florida to pick up BOLING. When O'Grady arrived in Sanford, Florida, he met BOLING and Jeffrey Mills at the airport. BOLING explained to O'Grady that Jeffrey Mills would pick up the money in Gulfport and pay BOLING.

BOLING, O'Grady, and Jeffrey Mills flew in the plane to Gulfport, Mississippi, and went to a Casino. BOLING and O'Grady thereafter began playing blackjack. Jeffrey Mills left BOLING and O'Grady empty handed and returned ten minutes later with a blue duffle bag with the word "Grand" on it. After Jeffrey Mills gave the bag to BOLING, BOLING. pulled $10,000 cash out of the bag and gave it to O'Grady. BOLING understood that the blue bag contained approximately $85,0000 to $100,000 when Jeffrey Mills gave it to him. BOLING gambled and dipped into the bag at various times to obtain additional cash with which to gamble. BOLING eventually gave O'Grady several thousand dollars worth of chips and left with the blue bag to retire for the evening. The next morning O'Grady met BOLING at the hotel room BOLING and Jeffrey Mills shared. BOLING gave O'Grady some additional cash, and kept the remaining cash (more than $35,000) for himself.

After Postal Inspector's searched Jeffrey Mills' home in September 2004, BOLING, Mills, and others purchased pre-paid wireless phones so that they could communicate secretly.

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11 and 28 U.S.C. § 1746, after consulting with my attorney, Thomas Abbenante, I agree and stipulate to this Statement of Offense, and admit and declare under penalties of perjury that the facts recited within this Statement of Offense are true and correct.

Date: 7-2-07

_____
Roderic L. Boling
Defendant

I have discussed this Statement of Offense with my client, Roderic L. Boling. I concur with his decision to stipulate to this Statement of Offense.

Date: July 2, 2007

_____
Thomas Abbenante, Esquire
Attorney for the Defendant

11