# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE,

Plaintiff,

v.

RODERIC LEE BOLING III,
ANNA AUGUST BOLING,
JEFFREY SCOTT MILLS, and
DIRECT RESULTS OF SWEETWATER, LLC,

Defendants.

Case No.1:06CV01329 (RMC)

**DECLARATION IN SUPPORT OF MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS ANNA AUGUST BOLING, JEFFREY SCOTT MILLS AND DIRECT RESULTS OF SWEETWATER, LLC**

ANDREA BELLAIRE, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a Senior Counsel with the Division of Enforcement of the Securities and Exchange Commission (the "Plaintiff"). I am currently a member in good standing of the Bar of the State of New York. I submit this Declaration in support of the Plaintiff's Motion for Summary Judgment as to Defendants Anna August Boling, Jeffrey Scott Mills and Direct Results of Sweetwater, LLC (collectively referred to as "the Defendants").

2. Attached as Exhibits to this declaration and electronically filed herewith are true and correct copies of documents listed below and obtained by the Plaintiff during its investigation of possible violations of the federal securities laws by the Defendants.

| Exhibit | Exhibit Description |
|---|---|
| Exhibit 1 | Transcribed Fraudulent Voicemail Messages concerning American Multiplexer Corp. ("AMUT"), Donini, Inc ("DNNI"), 5G Wireless Communications, Inc. ("FGWC"), Innovative Food Holdings, Inc. ("IVFH"), Maui General Store, Inc. ("MAUG), and Power3 Medical Products, Inc. ("PWRM") |
| Exhibit 2 | Letter Instructing Transfer of IVFH Shares to Direct Result of Sweetwater, LLC |
| Exhibit 3 | Direct Results of Sweetwater, LLC's SunState Equity Trading, Inc. Account Statement |
| Exhibit 4 | Chart Summarizing Exhibit 4 |
| Exhibit 5 | Direct Results of Sweetwater, LLC's SunTrust Bank Account Statement |
| Exhibit 6 | Checks Made Payable to Direct Results of Sweetwater, LLC |
| Exhibit 7 | Prejudgment Interest Report |

I declare under penalty that the foregoing is true and correct. Executed on January 29, 2008, at Washington, DC.

/s/ Andrea Bellaire
Attorney for Plaintiff
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
202.551.4579

# SEC v. Roderic Lee Boling, et al.

Case No.: 1:06CV01329 (RMC)

## EXHIBIT 1

Hey Tracy, it's Debbie! I couldn't find your old number and Tammy said this was your new one – I hope it's the right one. Anyway, remember Evan, that hot stock exchange guy I'm dating? He gave my dad that stock tip on WLSF and it went from under a buck to like three bucks in two weeks and you were mad I didn't call you? Well I'm calling you now. This new company is supposed to be like the next Tommy Bahama and they're making some big news announcement this week. The stock symbol is MAUG. He said it's cheap now, like $.50. Sorry I'm eating but I'm starving. It's $.50 now and it's going up to, like, 5 or 6 bucks this week, so get as much as you can. Call me on my cell – I'm still in Orlando. It's 407-XXX-XXXX. Dad and I are buying a bunch tomorrow and I already called Kelly and Ron, too. Anyway, I miss you. Give me a call. Bye.

Hey Pam, it's Renee. I lost your old number and Tammy said this was your new one – I hope it's the right one. Anyway, remember Scott, that hot stock exchange guy I'm dating? And remember when he gave my dad that stock tip in June on SMSI and it went from a buck to like five bucks in two weeks and you were mad because I didn't call you about it? Well I'm calling you now. There's this new company that just signed a big food deal with Emeril, you know, the TV chef, and they're making a big announcement this week. Anyway, the stock symbol is IVFH. He said it's cheap now, like $0.25, but after this weekend it's going to be taking off, so get as much as you can. Call me on my cell phone, ok? I'm still in Orlando. It's 407-XXX-XXXX. And, uh, my Dad and I are gonna be buying a bunch and I called Kelly and Ron, too. Anyway, give me a call. I miss you. Bye.

Hey Patty, it's Lisa, um, I can't find that number you gave me and I asked Jessica and she said this was your new one so I hope it's the right one. Anyway, remember Matt, that hot stock exchange guy I'm dating, remember when he gave my dad that stock tip in June on SMSI and it went from a buck to like five bucks in two weeks. You were mad because I didn't call you about it, well, I'm calling you now 'cause there's this new company, it's some wireless internet provider, whatever that is, and someone may be trying to buy it or sell it; it's kind of confusing. But, anyway, it's going up big this week – some big internet deal—and the stock symbol is FGWC. He said it's open cheap, under 10 cents—sorry, I'm eating 'cause I'm starving—anyway, it's under 10 cents now, but it's going to a buck or so, so get as much as you can. Give me a call on my cell; I'm still in New York. Uh, my dad and I are going to be buying a bunch, and I only told Sam and Ellen about it, besides you now, because it's kind of a secret. Anyways, call me or e-mail me. Love you, bye.

Hey Steph, it's Wendy. I looked for your old number and I couldn't find it but Brady says this is your new one I hope it's the right one. Anyway, remember Evan that hot stock exchange guy I'm dating— he gave my dad that hot stock tip in June on SMSI and it went from a buck to like five bucks in two weeks and you were mad because I didn't call you? Well, I'm calling you now. There's this new company that supposedly developed some zillion dollar cancer test thing and it's going to go up big this week—some patent thing, whatever that is. Anyway, the stock symbol is PWRM, and he says it's gonna open cheap, like $2.50—I'm sorry, I'm eating 'cause I'm starving—it's $2.50 now and it's going to take off after this weekend so get as much as you can. Call me on my cell phone, okay; I'm still in New York. Um, my dad and I are going to be buying a bunch tomorrow and the only people I told is Sam and Ellen—it's kind of a secret. Okay, so give me a call or e-mail me. I love you. Bye.

Hey Jen, it's Tara. I couldn't find the number you gave me and Sandy said this was your new one, so I hope it is the right one. Anyway, remember Chet, that hot stock exchange guy I'm dating? Remember when he gave my Dad that stock tip in June on SMSI and it went from a buck to like five bucks in two weeks and you were mad because I didn't call you about it? Well I'm calling you now, because there is this new company and it's supposed to be like the next Carrabba's and it is going up big this week some big food deal. Anyway the stock symbol is DNNI and he said it opens cheap, like $.20. I'm sorry I'm eating because I'm starving right now. It's $.20 and it's going up to a couple of bucks or something, so get as much as you can. Call me on my cell, I'm still in New York. Um, my Dad and I are gonna be buying a bunch tomorrow and I only told Sam and Ellen about it because it is kind of a secret. Anyway, call me or email me. Love you, bye.

Hey Jen, it's Tiffany. I couldn't find that number you gave me, but Tina said this is your new one, so I hope I'm calling you at the right one. Anyway, remember Mike, that hot stock exchange guy I date sometimes? Remember when he gave my Dad that stock tip in March last year on TIWI - it was that internet phone/international phone thing - whatever it was. Anyway it went from like a buck to fifteen bucks and you were so mad at me because I didn't call you about it. Well, I'm calling you now because he just told me about this other company, and they're gonna be bought out next week or something, and they're gonna be making a big announcement about it. Anyway the stock symbol is AMUT and he said it is cheap now, like $.10, but it is gonna be taking off this week, so go ahead and get as much as you can. Anyway, call me on my cell - I'm still in New York and its 917-XXX-XXXX. Um, my Dad and I are gonna be buying a whole bunch of it and I already told Tina and Bob about it too. I just wanted to let you know. Give me a call, ok? Miss you. Bye.

SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

# EXHIBIT 2

Atten: Brian Zimmerman

000944

TO: SunState Equity Trading Co.- Brian Zimmerman

FROM: Grant Miller – Coast Market Research, Inc.

DATE: 8-2-04

SUBJECT: Journal Transfer

RE:

Dear SunState Equity Trading Co.,

Please use this letter as authorization to journal 250,000 shares of Innovative Food Holdings, Inc. from my account, to Direct Results of Sweet Water LLC, account . This journal is necessary to complete contract obligations between the two parties involved.

Thank you,

Grant Miller

Grant Miller – President & CEO
Coast Market Research, Inc.



SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

# EXHIBIT 3

SUN STATE EQUITY TRADING, INC
SUNSTATE EQUITY TRADING-HOME
10012 NORTH DALE MABRY
SUITE 100
TAMPA FL 33618
US

THANK YOU...for letting us serve you. As your cancelled check is your receipt, no receipt will be forwarded unless requested. Amount due or securities due must be received in our office on or before settlement date shown below.

Retain this original for your records and tax purposes.
Account cleared by
PENSON FINANCIAL SERVICES, INC.
1700 Pacific Avenue, Suite 1400
Dallas, Texas 75201

ACCOUNT NUMBER: ACCOUNT NAME: DIRECT RESULTS OF SWEETWATER LLC

**You may now elect to receive confirms electronically. Please logon to https://online.penson.com to register. Please note that upon registration, you will no longer receive confirms via the mail.**

| B/S | TRADE DATE | SETTLE DATE | TRADE NO | CAP | AT CY CP TC | SYMBOL | QUANTITY | CUSIP | SECURITY DESCRIPTION | PRICE | COMM | PRINCIPAL | REG FEES | TAX INTEREST | OTHER | LEG | CURR | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S EXECUTION | 08/12/04 | 08/17/04 00:00:00 | O7285 | O 2 | 1 | IVFH | -40000.000 | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.385000 | 462.00 | 15400.00 | 0.37 | 0.00 | 4.00 | U | USD | 14933.63 |
| S EXECUTION | 08/12/04 | 08/17/04 00:12:30 | O2559 | O 2 | 1 | IVFH | -40000.000 | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.385000 | 462.00 | 15400.00 | 0.37 | 0.00 | 4.00 | U | USD | 14933.63 |
| S EXECUTION | 08/12/04 | 08/17/04 00:15:50 | O2561 | O 2 | 1 | IVFH | -25000.000 | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.400000 | 200.00 | 10000.00 | 0.24 | 0.00 | 2.50 | U | USD | 9797.26 |
| S EXECUTION | 08/12/04 | 08/17/04 00:16:02 | O2562 | O 2 | 1 | IVFH | -25000.000 | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.410000 | 200.00 | 10250.00 | 0.24 | 0.00 | 2.50 | U | USD | 10047.26 |
| S EXECUTION | 08/12/04 | 08/17/04 00:16:02 | O2560 | O 2 | 1 | IVFH | -40000.000 | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.385000 | 0.00 | 15400.00 | 0.37 | 0.00 | 4.00 | U | USD | 15395.63 |
| SXL EXECUTION | 08/12/04 | 08/17/04 00:16:02 | O2560 | O 2 | 1 | IVFH | 40000.000 | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.385000 | 0.00 | -15400.00 | -0.37 | 0.00 | -4.00 | U | USD | -15395.63 |
| S EXECUTION | 08/13/04 | 08/18/04 00:10:06 | O1335 | O 2 | 1 | IVFH | -30000.000 | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.480000 | 691.00 | 14400.00 | 0.34 | 0.00 | 3.00 | U | USD | 13705.66 |
| S EXECUTION | 08/16/04 | 08/19/04 00:11:17 | O1593 | O 2 | 1 | IVFH | -30000.000 | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.340000 | 306.00 | 10200.00 | 0.24 | 0.00 | 3.00 | | USD | 9890.76 |
| S EXECUTION | 08/16/04 | 08/19/04 00:12:03 | O1592 | O 2 | 1 | IVFH | -30000.000 | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.370000 | 330.00 | 11100.00 | 0.26 | 0.00 | 3.00 | | USD | 10766.74 |
| S EXECUTION | 08/23/04 | 08/26/04 00:10:29 | O1185 | O 2 | 1 | IVFH | -30000.000 | 45772H103 | INNOVATIVE FOOD HOLDINGS INC | 0.250000 | 300.00 | 7500.00 | 0.18 | 0.00 | 3.00 | | USD | 7196.82 |

SUMMARY FOR CURRENT TRADE DATE: 08/23/2004

| | | | |
|---|---|---|---|
| TOTAL SHARES BOUGHT: | 0.0000 | TOTAL DOLLARS BOUGHT: | 0.00 |
| TOTAL SHARES SOLD: | -250,000.0000 | TOTAL DOLLARS SOLD: | 91,271.76 |





SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

# EXHIBIT 4

**Sale of IVFH stock by Jeffrey Scott Mills**

| Trade Date | Quantity | Price | Amount |
|---|---|---|---|
| 8/12/2004 | 40,000 | $.38 | $15,400 |
| 8/12/2004 | 25,000 | $.40 | $10,000 |
| 8/12/2004 | 25,000 | $.41 | $10,250 |
| 8/12/2004 | 40,000 | $.38 | $15,400 |
| 8/13/2004 | 30,000 | $.48 | $14,400 |
| 8/16/2004 | 30,000 | $.34 | $10,200 |
| 8/16/2004 | 30,000 | $.37 | $11,100 |
| | **220,000** | | **$86,750** |

# SEC v. Roderic Lee Boling, et al.

Case No.: 1:06CV01329 (RMC)

## EXHIBIT 5

SUNTRUST BANK
P O BOX 622227
ORLANDO FL 32862-2227

PAGE 1 OF 2
83/E00/0175/6/ 31

08/31/2004

SUNTRUST

ACCOUNT
STATEMENT

DIRECT RESULTS OF SWEETWATER LLC

QUESTIONS? PLEASE CALL
1-800-786-8787

EVERY TIME YOU USE YOUR BUSINESS CHECK CARD AND SIGN FOR YOUR PURCHASE BETWEEN SEPT. 1 AND NOV. 30, 2004, YOU'LL BE AUTOMATICALLY ENTERED FOR A CHANCE TO WIN AN ULTIMATE NASCAR EXPERIENCE. SEE ENCLOSED INSERT FOR FURTHER DETAILS AND OFFICIAL RULES.

ACCOUNT SUMMARY

| ACCOUNT TYPE | ACCOUNT NUMBER | STATEMENT PERIOD | TAXPAYER ID |
|---|---|---|---|
| BASIC BUSINESS CHECKING | | 08/01/2004 - 08/31/2004 | |

| DESCRIPTION | AMOUNT | DESCRIPTION | AMOUNT |
|---|---|---|---|
| BEGINNING BALANCE | $8,725.59 | AVERAGE BALANCE | $48,843.13 |
| DEPOSITS/CREDITS | $116,476.57 | AVERAGE COLLECTED BALANCE | $47,035.61 |
| CHECKS | $24,119.48 | NUMBER OF DAYS IN STATEMENT PERIOD | 31 |
| WITHDRAWALS/DEBITS | $21,055.00 | | |
| ENDING BALANCE | $80,027.68 | | |

DEPOSITS/CREDITS

| DATE | AMOUNT | SERIAL # | DESCRIPTION |
|---|---|---|---|
| 08/03 | 9,833.00 | | DEPOSIT |
| 08/06 | 15,400.00 | | DEPOSIT |
| 08/18 | 63,864.44 | | INCOMING FEDWIRE CR TRN #012642 |
| 08/27 | 27,379.13 | | INCOMING FEDWIRE CR TRN #014690 |

DEPOSITS/CREDITS: 4 TOTAL ITEMS DEPOSITED: 2

CHECKS

| CHECK NUMBER | AMOUNT | DATE PAID | CHECK NUMBER | AMOUNT | DATE PAID |
|---|---|---|---|---|---|
| 1046 | 3,000.00 | 08/04 | 1050 | 4,200.00 | 08/19 |
| *1048 | 3,500.00 | 08/11 | *1052 | 10,000.00 | 08/30 |
| 1049 | 2,500.00 | 08/13 | | 919.48 | 08/05 |

CHECKS: 6 *BREAK IN CHECK SEQUENCE

WITHDRAWALS/DEBITS

| DATE | AMOUNT | SERIAL # | DESCRIPTION |
|---|---|---|---|
| 08/18 | 15.00 | | INCOMING FEDWIRE TRANSFER FEE TRN #012642 |
| 08/24 | 25.00 | | OUTGOING FEDWIRE TRANSFER FEE TRN #010804 |
| 08/24 | 21,000.00 | | OUTGOING FEDWIRE DR TRN #010804 |
| 08/27 | 15.00 | | INCOMING FEDWIRE TRANSFER FEE TRN #014690 |

WITHDRAWALS/DEBITS: 4

BALANCE ACTIVITY HISTORY

| DATE | BALANCE | COLLECTED BALANCE | DATE | BALANCE | COLLECTED BALANCE |
|---|---|---|---|---|---|
| 08/01 | 8,725.59 | 8,725.59 | 08/06 | 30,039.11 | 14,639.11 |
| 08/03 | 18,558.59 | 8,725.59 | 08/09 | 30,039.11 | 30,039.11 |
| 08/04 | 15,558.59 | 15,558.59 | 08/11 | 26,539.11 | 26,539.11 |
| 08/05 | 14,639.11 | 14,639.11 | 08/13 | 24,039.11 | 24,039.11 |

MEMBER FDIC

CONTINUED ON NEXT PAGE

EXHIBIT
HG-10015
MILLS
15
JO. 1/25/05

SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

# EXHIBIT 6

| Date | Seq Num | Account | Amount | Serial Num |
|---|---|---|---|---|
| 08/06/04 | | | 15400.00 | 98 |



098
63-751/631

Aug 6, 2004 DATE

PAY TO THE ORDER OF Direct Results $ 15,400.00

Fifteen Thousand four hundred DOLLARS

WACHOVIA
Wachovia Bank, N.A.

FOR



| Date | Seq Num | Account | Amount | Serial Num |
|---|---|---|---|---|
| 08/03/04 | | | 9833.00 | 92 |

Bay Hill Partners

092

83-751/631

July 30, 2004 DATE

PAY TO THE ORDER OF Direct Results $ 9,833.00

Nine Thousand Eight Hundred and Thirty Three DOLLARS

WACHOVIA

Wachovia Bank, N.A.

FOR

SUNTRUST ORL ORLANDO, FL

AUG -3 04



SEC v. Roderic Lee Boling, et al.
Case No.: 1:06CV01329 (RMC)

# EXHIBIT 7



# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

**Roderic Lee Boling**

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $171,983.00 |
| 09/01/2004-09/30/2004 | 4% | 0.33% | $573.28 | $172,556.28 |
| 10/01/2004-12/31/2004 | 5% | 1.25% | $2,156.95 | $174,713.23 |
| 01/01/2005-03/31/2005 | 5% | 1.25% | $2,183.92 | $176,897.15 |
| 04/01/2005-06/30/2005 | 6% | 1.5% | $2,653.46 | $179,550.61 |
| 07/01/2005-09/30/2005 | 6% | 1.5% | $2,693.26 | $182,243.87 |
| 10/01/2005-12/31/2005 | 7% | 1.75% | $3,189.27 | $185,433.14 |
| 01/01/2006-03/31/2006 | 7% | 1.75% | $3,245.08 | $188,678.22 |
| 04/01/2006-06/30/2006 | 7% | 1.75% | $3,301.87 | $191,980.09 |
| 07/01/2006-09/30/2006 | 8% | 2% | $3,839.60 | $195,819.69 |
| 10/01/2006-12/31/2006 | 8% | 2% | $3,916.39 | $199,736.08 |
| 01/01/2007-03/31/2007 | 8% | 2% | $3,994.72 | $203,730.80 |
| 04/01/2007-06/30/2007 | 8% | 2% | $4,074.62 | $207,805.42 |
| 07/01/2007-09/30/2007 | 8% | 2% | $4,156.11 | $211,961.53 |
| 10/01/2007-12/31/2007 | 8% | 2% | $4,239.23 | $216,200.76 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **09/01/2004-12/31/2007** | **$44,217.76** | **$216,200.76** |