UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** ) ) ) ) Plaintiff, ) ) v. ) ) **RODERIC LEE BOLING, III,** *et al.*, ) ) Defendants. ) ) | Civil Action No. 06-1329 (RMC) |

**ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED**

On January 29, 2008, Plaintiff, Securities and Exchange Commission, filed a motion for Summary Judgment against Defendants Anna August Boling, Jeffrey Scott Mills and Direct Results of Sweetwater, LLC, seeking injunctive relief, disgorgement of ill-gotten gains, prejudgment interest and civil penalties for alleged violations of Section 10(b) of the Securities Exchange Act (the "Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5. *See* Dkt. #31. Defendants' Responses to Plaintiff's Motion for Summary Judgment Against Defendants Anna August Boling, Jeffrey Scott Mills and Direct Results of Sweetwater, LLC were due on February 12, 2008. Defendants have failed to respond or otherwise defend Plaintiff's Motion for Summary Judgment as provided by the Federal Rules of Civil Procedure. The Court may treat as conceded any motion not opposed within the time limits outlined in this Order to Show Cause. *See FDIC v. Bender*, 127 F.3d 58, 67-68 (D.C. Cir. 1997) (on summary judgment, a court may treat those arguments that the opposing party failed to address as conceded pursuant to LcvR 7.1(b)). Alternatively, the Court may consider on the

merits any motion not opposed within the time limits outlined in this Order. Thus, failure to respond to Plaintiff's motion in this case carries with it the risk that judgment will be entered for the Plaintiff as against Defendants Jeffrey Scott Mills and Direct Results of Sweetwater, LLC.[1] Accordingly, it is hereby

      **ORDERED** that on or before **May 27, 2008**, Defendants Jeffrey Scott Mills and Direct Results of Sweetwater, LLC shall **SHOW CAUSE** why the Court should not grant Plaintiff's motion for summary judgment [Dkt. # 31] as conceded.

      **SO ORDERED**.


Date:  May 6, 2007
                                                                         /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge

---

[1] Because Ms. Boling is defending herself *pro se*, the Court has issued a separate Fox-Neal order with respect to her. This Motion to Show Cause is therefore inapplicable to her.