UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> 100 F Street, NE : <br> Washington, DC 20549 : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> RODERIC LEE BOLING, III : <br> ANNA AUGUST BOLING, : <br> JEFFREY SCOTT MILLS, and : <br> DIRECT RESULTS OF SWEETWATER, LLC, : <br> : <br> Defendants. : | Case No. 1:06CV01329 (RMC) |

---

### DEFENDANTS JEFFREY SCOTT MILLS AND DIRECT RESULTS OF SWEETWATER, LLC'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE WHY DEFAULT JUDGMENT SHOULD NOT BE ENTERED

Defendants Jeffrey Scott Mills ("Mr. Mills") and Direct Results of Sweetwater, LLC ("Direct Results"), by and through their undersigned counsel, hereby submit this Response to the Court's Order to Show Cause Why Default Judgment Should Not Be Entered ("Order to Show Cause"). On approximately January 29, 2008, the Commission filed its Motion for Summary Judgment Against Defendants Anna August Boling, Jeffrey Scott Mills and Direct Results of Sweetwater, LLC. *See* Dkt. #31. As the Commission pointed out in its Motion for Summary Judgment, Mr. Mills has pled guilty in a related criminal matter alleging the same material allegations as the Commission has alleged in this matter. Based upon that criminal plea,

Mr. Mills and Direct Results respectfully consent to summary judgment in this matter and thank the Court for the opportunity to be heard.

Dated: May 27, 2008

.                                                                                  Respectfully Submitted,


                                                     _____/s/_____
Mark David Hunter, Esq.
Leser Hunter Taubman & Taubman, PLLC
407 Lincoln Road, Suite 500
Miami Beach, Florida 33139
Tel:    (305) 604-5547
Fax:    (305) 604-5548
E-Mail: mdhunter@lhttlaw.com